# EXHIBIT A

| | |
|---|---|
| In re:<br><br>PERKINS & MARIE CALLENDER'S INC.,[1]<br>et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 11-11795 (___)<br><br>Jointly Administered<br><br>**Ref. Docket No. ____** |

**ORDER AUTHORIZING THE DEBTORS TO (I) REJECT *NUNC***
***PRO TUNC* TO THE PETITION DATE CERTAIN UNEXPIRED NON-RESIDENTIAL**
**REAL PROPERTY LEASES RELATED TO CLOSED**
**RESTAURANT LOCATIONS, AND (II) ABANDON ANY PROPERTY THAT**
**<u>REMAINS ON THE PREMISES COVERED BY THE LEASES</u>**

Upon the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554(a) for an

Order Authorizing the Debtors to (I) Reject *Nunc Pro Tunc* to the Petition Date Certain

Unexpired Non-Residential Real Property Leases Related to Closed Restaurant Locations, and

(II) Abandon Any Property That Remains on the Premises Covered by the Leases (the

"<u>Motion</u>"),[2] the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these

cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and (iv)

notice of the Motion and the hearing thereon was sufficient under the circumstances; and upon

the Declaration of Joseph F. Trungale in Support of Debtors' Chapter 11 Petitions and First Day

---

[1]     The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's Inc. (4388); Perkins & Marie Callender's Holding Inc. (3999); Perkins & Marie Callender's Realty LLC (N/A); Perkins Finance Corp. (0081); Wilshire Restaurant Group LLC (0938); PMCI Promotions LLC (7308); Marie Callender Pie Shops, Inc. (7414); Marie Callender Wholesalers, Inc. (1978); MACAL Investors, Inc. (4225); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); and FIV Corp. (3448). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, TN 38119.

[2]     Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Motions and the record herein, and after due deliberation, good and sufficient cause exists for the relief requested. Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.      The Motion is granted.

2.      The Debtors' rejection of each of the Leases set forth on <u>Exhibit 1</u> hereto (collectively, the "<u>Rejected Leases</u>") is hereby approved, effective as of the Petition Date.

3.      The Debtors are authorized to abandon the Personal Property, if any, remaining on the premises under the Rejected Leases.

4.      This Order shall be binding on the Debtors and all counterparties parties to the Rejected Leases.

5.      The counterparties to the Rejected Leases shall have until the date fixed by this Court pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the rejection of the Rejected Leases.

6.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7.      The Debtors do not waive any claims that they may have against the counterparties to the Rejected Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Leases.

8.      Nothing herein shall impair, prejudice, waive or otherwise affect any rights of the Debtors to argue that any claims for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provisions of such Rejected Leases, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

2

9.	Notwithstanding anything to the contrary in this Order, any payment made or to be made under this Order, and any authorization contained in this Order, shall be subject to the requirements imposed on the Debtors under any Order(s) of this Court approving the Debtors' debtor-in-possession financing facility and use of cash collateral and any budget in connection therewith.

10.	The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.	This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Date: _____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

YCST01:11162245.1                                                  070242.1001

# EXHIBIT 1

# List of Leases to Reject by Perkins & Marie Callender's Inc.

| STORE | Leases for Operating Properties | |
|---|---|---|
| | PROPERTY ADDRESS | LANDLORD |
| #1004 | 6023 Nicollet Ave.<br>Minneapolis, MN 55419 | GFDFT-Perkins<br>Nicollet, LLC<br>Attn: Philip Dowley<br>Chief Manager<br>4350 Executive Drive<br>Suite 301<br>San Diego, CA 92121 |
| #1040 | 2583 Federal Highway SE<br>Stuart, Florida 34994-4532 | Renieris Properties Holdings, Inc.<br>Attn: Jerry Renieris, President<br>80-18 192 Street<br>Jamaica Estates, NY 11423 |
| #1073 | 7262 State Avenue<br>Kansas City, KS 66112-3003 | M & N Partners No. 4<br>R.J. McNulty (Robert)<br>General Partner<br>400 2nd Ave. South #650<br>Minneapolis, MN 55420-2402 |
| #1111 | 3295 E. Platte Avenue<br>Colorado Springs, CO 80909 | Segura Investors X, LLC<br>And Segura Investors XI, LLC<br>Attn: Dennis Gura<br>2444 Wilshire Blvd., Suite 501<br>Santa Monica, CA 90403 |
| #1117 | 1571 Sycamore View Road<br>Memphis, TN 38134-7313 | Belz Investco GP<br>Cathy Chesteen, Asset Manager<br>100 Peabody Place Suite 1400<br>Memphis, TN 38103 |
| #1120 | 5190 N. Academy Blvd.<br>Colorado Springs, CO 80918 | Benito and Anita Chua-Laddaran,<br>Trustees<br>The Benito and Anita Chua-<br>Laddaran 1985 Family Trust dated<br>August 22, 1985, as amended and<br>restated in 1999<br>2105 Beverly Blvd., Suite 117<br>Los Angeles, CA 90057 |
| #1126 | 3244 S. Wadsworth Blvd.<br>Lakewood, CO 80227 | Mitchel Cory Family, LLC<br>c/o Kristin Lithopoulos<br>3388 Rancho Diego Circle<br>El Cajon, CA 92019 |

06/03/2011

# List of Leases to Reject by Perkins & Marie Callender's Inc.

| | | |
|---|---|---|
| #1135 | 5705 La Costa Drive<br>Orlando, FL 32807-2907 | Lerual, Inc.<br>Attn: Lavonne Poteet<br>800 Market Street<br>Lewisburg, PA 17837 |
| #1158 | 2001 Consulate Drive<br>Orlando, FL 32837-8341 | Nadlan Corteen Place Apartments, LLC<br>7461 Beverly Boulevard #202<br>Los Angeles, California 90036 |
| #1163 | 1680 Appleton Road<br>Menasha, WI 54952 | Earl N. Feiwell and Shirley Rose Feiwell, Trustees<br>The Feiwell Family Trust – 1986<br>6085 Eaglecrest Drive<br>Huntington Beach, CA 92648 |
| #1170 | 5121 28 Street SE<br>Grand Rapids, MI 49512-2050 | Beatrice D. Wiles, Trustee<br>The Bea Wiles Trust dated June 2, 1989<br>1740 Jasmine Street<br>El Cajon, CA 92021 |
| #1171 | 3429 Freedom Drive<br>Springfield, IL 62704 | Firethorn Capital Partners, LLC<br>Attn: Mark A. Osborne, Manager<br>P.O. Box 1320<br>Forestdale, MA 02644 |
| #1172 | 2585 S. Military Trail<br>West Palm Beach, FL 33415-7509 | Realty Associates Fund VII, L.P.<br>c/o Sharon Litteken<br>Sansone Group<br>120 S. Central Avenue, Suite 500<br>St. Louis, MO 63105-1705 |
| #1178 | 3300 Alpine Ave. NW<br>Grand Rapids, MI 49544-1600 | Bahram and Farzaneh Fata<br>23679 Calabasas Road<br>Calabasas, CA 91302 |
| #1183 | 3810 E. Cork Street<br>Kalamazoo, MI 49001-4612 | Shao Hua Shen and Mei Han Shen<br>1362 Grand Terrace<br>San Rafael, CA 94901 |

06/03/2011

| #1189 | 5401 Northland Drive<br>Grand Rapids, MI 49505-1032 | James H. Tolchiner<br>P.O. Box 24561<br>Edina, MN 55424-0022 |
|---|---|---|
| #1219 | 5320 N. Orange Blossom Trail<br>Orlando, FL 32810-1009 | Daniel M. Hunter, Trustee<br>The Daniel M. Hunter Revocable<br>Trust Dated May 21, 1999, as<br>amended<br>948 Mayfield Avenue<br>Winter Park, Florida 32789<br><br>Daniel M. Hunter, Esq.<br>Hunter & Marchman, P.A.<br>1330 Palmetto Avenue<br>Winter Park, Florida 32789 |
| #1236 | 5602 W. Waters Ave.<br>Tampa, FL 33634 | Perk Tampa LP<br>Norman J. Buhrmaster<br>Vice President<br>Jappah Management LLC<br>General Partner<br>9155 S. Dadeland Blvd.<br>Suite 1602<br>Miami, FL 33156 |
| #1237 | 8965 Conroy-Windermere Road<br>Orlando, FL 32835 | AmProp Corners, Inc.<br>Aline Perrone<br>12950 Race Track Road<br>Suite 201<br>Tampa, FL 33626 |
| #1259 | 5411 Harvey Street<br>Muskegon Heights, MI 49444 | LK Center, LLC<br>c/o Elsa Martin<br>13500 Mulholland Drive<br>Beverly Hills, CA 90210 |
| #1265 | 503 Hamlin Street<br>Lake Wales, Fl. 33853 | Ingrid Treffehn Meno<br>9274 Camino Paz Lane<br>La Mesa, CA 91941 |
| #1266 | 901 W. Morten Avenue<br>Jacksonville, IL 62650 | Lincoln Square Partnership<br>c/o Jonathan I. Hattis<br>Vice President<br>American Asset Mgmt. Svcs. Corp.<br>4711 W. Golf Road, Suite 1000<br>Skokie, IL 60076-1235 |

# List of Leases to Reject by Perkins & Marie Callender's Inc.

| | | |
|---|---|---|
| #1267 | 155 Chicago Drive<br>Jenison, MI 49428 | Snyder Investments, LP<br>Attn: Charles H. Snyder<br>4870 Niagara Avenue<br>San Diego, California 92104 |
| #1283 | 8472 N. Highway 51<br>Millington, TN 38053 | Cypress Realty Holdings Company II, LLC<br>Attn: Price D. Ford<br>700 Colonial Road, Suite 100<br>Memphis, TN 38117 |
| #1286 | 6005 Constitution Avenue<br>Colorado Springs, CO 80915 | Robert Myklak, President<br>J.B.R. Enterprises, Inc.<br>P.O. Box 373<br>Colorado Springs, CO 80901 |
| #1176 | 2332 N Park Drive<br>Holland, MI 49424-9599 | Pompano by The Sea, LLC<br>Attn: Enrique Fefer<br>19333 Collins Avenue, Apt 1708<br>Sunny Isles Beach, FL 33160 |
| #1234 | 408 E. Bearss Ave.<br>Tampa, FL 33613 | LaVilla Del Mar, LLC<br>Attn: Enrique Fefer<br>19333 Collins Avenue<br>Apt. 1708<br>Sunny Isles Beach, FL 33160 |
| **STORE** | **PROPERTY** | **LANDLORD** |
| | **Leases for Excess Property** | |
| #8550 | 1295 Silas Creek Pkwy<br>Winston Salem, NC 27107 | Landlord:<br>Galileo Parkway Plaza, L.T.<br>c/o ERT Australian Management, L.P.<br>420 Lexington Ave.<br>7th Floor<br>New York, NY 10170<br><br>Sublessee:<br>IHOP Properties, Inc.<br>Attn: Legal Department<br>525 N. Brand Boulevard, Third Floor<br>Glendale, CA 91203-4415<br><br>Property Manager:<br>Mike Halloran<br>Senior Property Manager |

06/03/2011

# List of Leases to Reject by Perkins & Marie Callender's Inc.

| | | |
|---|---|---|
| | | Centro Properties Group<br>3500 Oleander Drive, Suite 266<br>Charlotte, NC 28403 |
| #8655 | 833-C Deerfield Road<br>Deerfield, IL 60015 | Landlord:<br>Deerfield Square LP<br>Attn: Chris Siavelis<br>740 Waukegan Road, Ste. 400<br>Deerfield, IL 60015<br><br>Subleasee:<br>Ramon and Diane Abarca<br>12941 W. Hart Street<br>Beach Park, IL 60087<br><br>Attorney for Sublessee<br>Erica L. Heyl, Esq.<br>986 Main Street<br>Antioch, IL 60002 |
| #8495 | 3800 S 9th Street<br>Lincoln, NE 68502 | Landlord:<br>Clay F. Smith<br>B&J Partnership, LTD<br>300 Speedway Circle<br>Lincoln, NE 68502<br><br>Sublessee:<br>JetSplash, LLC<br>Timothy G. Aschoff, Member<br>7330 Canyon Road<br>Lincoln, NE 68516<br>Or<br>Matt Toombs<br>3800 S. 9th Street<br>Lincoln, NE 68502 |

# List of Leases to Reject by Marie Callender Pie Shops, Inc.

| STORE | Leases for Operating Properties PROPERTY | LANDLORD |
|---|---|---|
| 55 | 245 S. Wilmot Road Tucson, AZ | Allied Trading and Transacting, Corp. N.V. d/b/a A.T.T. Incorporated Lynn A. Morrison, Member 1790 East River Road, Suite 310 Tucson, AZ 85718 |
| 67 | 2420 W. Northern Avenue Phoenix, AZ 85021 | MC Parcel Shopping Center Co c/o Business Properties 17631 Fitch Street Irvine, CA 92614 |
| 86 | 2090 Diamond Boulevard Concord, CA 94520 | Mario H. and Patsy W. Chan PO Box 5220 San Mateo, CA 94402<br><br>Property Management: Ritchie and Ritchie Management Company 2059 Mt. Diablo Boulevard Walnut Creek, CA 94596 |
| 99 | 4930 W. Bell Road Glendale, AZ 85308 | Douglas K. Ammerman and Janet S. Feldmar, Trustees The Donald W. Callender Family Trust 4029 Westerly Place, Suite 111 Newport Beach, CA 92660<br><br>Atty: Steven C. Kiser, Esq. 366 San Miguel Drive, Suite 312 Newport Beach, CA 92660 |
| 102 | 963 E. Fort Union Boulevard Midvale, UT 84047 | PDC Community Centers LLC c/o General Growth Properties Inc. 110 North Wacker Drive Chicago, IL 60606 Attorney Tom Hornacek |
| 105 | N 2111 Argonne Road Spokane, WA 99212 | Millway Investments c/o Sylvia Hawkins Alvin J. Wolff Management Co. 220 W Main Avenue Spokane, WA 99201 |

# List of Leases to Reject by Marie Callender Pie Shops, Inc.

| | | |
|---|---|---|
| 107 | 2882 W 4700 South<br>West Valley City, UT 84118 | Angela C. Wang, President<br>Diamond Properties, Inc.<br>969-G Edgewater Boulevard #350<br>Foster City, CA 94404 |
| 108 | 4573 E. Cactus Road<br>Phoenix, AZ 85032 | Building Lessor:<br>Douglas K. Ammerman and Janet S. Feldmar, Trustees<br>The Donald W. Callender Family Trust<br>4029 Westerly Place, Suite 111<br>Newport Beach, CA 92660<br><br>Atty:<br>Steven C. Kiser, Esq.<br>366 San Miguel Drive, Suite 312<br>Newport Beach, CA 92660<br><br>Ground Lessor:<br>Financial Trading & Transacting, LLC<br>Lynn Morrison LLC<br>Lynn A. Morrison, Member<br>1790 East River Road, Suite 310<br>Tucson, AZ 85718 |
| 129 | 20 W. Cochran Street<br>Simi Valley, CA | Richard & Nina K. Johnson, Trustees<br>The Dick and Nina Family Trust dated April 5, 1990<br>38075 Via Majorca<br>Murrieta, CA 92562<br><br>Atty: Douglas F. Higham Sr., Esq.<br>Robinson and Robinson, LLP<br>2301 Dupont Drive, Suite 530<br>Irvine, CA 92612 |
| 137 | 4875 West Flamingo Road<br>Las Vegas, NV 89103 | Russell M. and Mary Lou Bate<br>13699 Sarahills Drive<br>Saratoga, CA 95070 |
| 147 | 9538 1st Avenue NE<br>Seattle, WA 98115 | Northgate Station<br>c/o David F. Wilson, General Partner<br>PO Box 6700<br>Ketchum, ID 83340<br>or<br>Northgate Station<br>c/o David F. Wilson<br>Woodyard Enterprises<br>13400 Satacoy Street, Suite 11<br>North Hollywood, CA 91605 |

# List of Leases to Reject by Marie Callender Pie Shops, Inc.

| | | |
|---|---|---|
| 153 | 7455 W. Chandler Boulevard<br>Chandler, AZ 85226 | R.S. Hoyt Jr., Trustee<br>The R.S. Hoyt, Jr. Family Trust U/T/A<br>dated June 23, 1980 and<br>Michael F. and Margery F. Hoyt,<br>Trustees<br>The Livingston B. Hoyt Trust 1984 under<br>Instrument dated April 20, 1984<br>c/o Randy S. Warner<br>Arizona Industrial Properties, Inc.<br>5202 South 40th Street<br>Phoenix, AZ 85040 |
| 174 | 1990 Trower Avenue<br>Napa, CA 94558 | Richard G. Ehikian, Trustee<br>Ehikian Family Residuary Trust<br>1940 Vallejo Street #7<br>San Francisco, CA 94123<br><br>Atty: Natalie Delagnes Talbott, Esq.<br>Delagnes, Linder and Duey, LLP<br>300 Montgomery Street, Suite 1050<br>San Francisco, CA 94104-1999 |
| 220 | 1101 S California Boulevard<br>Walnut Creek, CA 94596 | Berkeley Land Co. Inc.<br>Michael S. Mikulich<br>Vice President, Real Estate<br>321 Hartz Avenue, Suite 200<br>Danville, CA 94526 |
| 223 | 2460 Mendocino Avenue<br>Santa Rosa, CA 95403 | Spinardi Properties, L.P.<br>Attn: Karen Spinardi, Tom Spinardi or<br>Jeannie Wilson<br>PO Box 1504<br>El Granada, CA 94018 |
| 224 | 3400 Clares Street<br>Capitola, CA 95010 | Mary deBenedetti, as Trustee of the<br>Newman-deBenedetti Family Trust<br>U/A/D 3/27/1998<br>1140 Camino Vallecito<br>Lafayette, CA 94549<br><br>Ann deBenedetti, as Trustee of the Ann<br>deBenedetti Levis Trust U/A/D<br>12/12/2007<br>620 West Polo Drive<br>St. Louis, MO 63105-2636<br><br>John F. deBenedetti, as Trustee of the<br>deBenedetti Family Trust U/A/D<br>10/14/2004<br>36 Woodland Avenue<br>San Francisco, CA 94117<br><br>Timothy G. Sheehan, as Trustee of the<br>Sheehan 2001 Family Trust dated<br>6/26/2001 |

| | | |
|---|---|---|
| | | c/o Cypress Properties Incorporated<br>2191 E. Bayshore Road, Suite 220<br>Palo Alto, CA 94303 |
| 225 | 5 B Serramonte Center<br>Daly City, CA | Landlord:<br>Daly City Serramonte Center, LLC<br>100 The Embarcadero, Suite 300<br>San Francisco, CA 94105<br>Attn: Asset Manager/Serramonte Center<br><br>Shopping Center :<br>Daly City Serramonte Center LLC<br>Attention Richard N. Bartlett, VP<br>3 Serramonte Center<br>Daly City, CA 94016<br><br>With a copy to:<br>Jones Lang La Salle Americas, Inc.<br>3344 Peachtree Road NE, Suite 1200<br>Atlanta, GA 30326<br>Attn: Counsel/Serramonte Center |
| 234 | 6365 S McCarran Blvd<br>Reno, NV 89509 | Louis W. and Audrey S. Demartini,<br>Trustees<br>The Louis and Audrey Demartini Family<br>Trust U/A/D 8/24/1987 and Demartini<br>Joint Account<br>20 Sunnyside Avenue, Suite K<br>Mill Valley, CA 94941 |
| 236 | 9134 E Stockton Boulevard<br>Elk Grove, CA 95724 | Koda, Kimble and Kids Limited<br>Partnership<br>Attn: Jean Koda<br>2125 North Olive Street #E-10<br>Tulock, CA 95382<br><br>With a copy to:<br>Mary Anne Kimble<br>1668 14th Avenue<br>San Francisco, CA 94122<br><br>Atty for Landlord:<br>John A. Runte, Esq.<br>435 Court Street<br>Jackson, CA 95642 |

# List of Leases to Reject by Marie Callender Pie Shops, Inc.

| | | |
|---|---|---|
| 244 | 16261 NW Cornell Road<br>Beaverton, OR 97006 | Jackson Union LLC<br>Robert S. Bobosky, Member<br>6770 SW Canyon Drive<br>Portland, OR 97225<br>or<br>Don Maltase<br>525 N. Tomahawk Island Drive<br>Portland, OR 97217 |
| 246 | 18070 San Ramon Valley Boulevard<br>San Ramon, CA 94526 | Hollister Land & Cattle Company<br>c/o Frank Williams<br>20 St Joan Court<br>Danville, CA 94526 |
| 247 | 305 NW Burnside Street<br>Gresham, OR 97030 | AEI Real Estate Fund 85-A Limited<br>Partnership<br>c/o Brian Schulz, Lease Manager<br>AEI Exchange Services, Inc.<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St Paul, MN 55101 |
| 248 | 31920 Gateway Center Boulevard<br>Federal Way, WA 98003 | San Chae, LLC<br>Attn: Bill C. and Soo K. An<br>33218 139th Terrace SE<br>Auburn, WA 98092 |
| 255 | 1391 N Davis Road<br>Salinas, CA 93907 | Anthony Sammut and Christine<br>Sammut, Trustees<br>The Anthony and Christine Sammut<br>Revocable Trust U/T/D 2/14/1992<br>60 D Corral De Tierra Road<br>Salinas, CA 93908 |
| 257 | 1435 V Street<br>Merced, CA 95341 | Merced Auto Center, Inc.<br>Attn: Tim Razzari<br>1234 Auto Center Drive<br>Merced, CA 95341 |
| 260 | 2615 Lancaster Drive NE<br>Salem, OR 97305 | David and Nancy Holloman<br>920 Lariat Drive<br>Eugene, OR 97401 |
| 262 | 3837 E 51 Street South<br>Tulsa, OK 74135 | Sierra Nevada Developers, LLC<br>Virgil A. Wedge, Member<br>328 California Avenue, Suite 1<br>Reno, NV 89509 |

| | | |
|---|---|---|
| 265 | 5601 Brodie Lane Suite 1500<br>Austin, TX 78745 | RREEF America Reit II Portfolio, LP<br>Kelly Shiffer<br>Senior Leasing Representative, Retail Group<br>1406 Halsey Way, Suite 110<br>Carrollton, TX 75007 |
| 266 | 3025 William Pereira<br>Norman, OK 73072 | MCAL, LLC<br>Wayne E. Copeland Jr. ,Manager<br>1308 Brookside Drive<br>Norman, OK 73072 |
| 268 | 790 W Winton Avenue<br>Hayward, CA 94545 | Southland Mall, LP<br>Attn: General Manager<br>One Southland Mall Drive<br>Hayward, CA 94545<br><br>With copy to:<br>Tom Hornacek, Esq.<br>General Growth Properties, Inc.<br>110 N Wacker Drive<br>Chicago, IL 60606 |
| 275 | 6081 Center Drive<br>Los Angeles, CA 90045 | Passco Hughes Promenade H. LLC et al<br>c/o Passco Property Management, Inc.<br>Attn: Asset Manager/ The Promenade at Howard Hughes<br>96 Corporate Park, Suite 200<br>Irvine, CA 92606<br><br>With copy to: Passco Property Management, Inc.<br>Attn: Robert Carman, General Manager<br>6081 Center Drive Suite 202A<br>Los Angeles, CA 90045 |
| | **Leases for Excess Properties** | |
| 8027 | 3450 East Thomas Road, Phoenix, AZ | Landlord: CEMB Properties, LLC<br>c/o Carolyn E. Harper<br>2557 E. Missouri Avenue<br>Phoenix, AZ 85016<br><br>Subleasee:<br>Thomas G. Sell,Trustee<br>The Thomas G. Sell Living Trust, P.O. Box 5388<br>Carefree, AZ 85377 |

# List of Leases to Reject by Marie Callender Pie Shops, Inc.

| | | |
|---|---|---|
| 8127 | 15500 East Centertech Parkway<br>Aurora, CO 80011 | Landlord: Yasuka Aoki-Carnachan<br>501 Via Casitas #416<br>Greenbrae, CA 94904<br><br>Sublessee:<br>Tamale Kitchen, Inc.<br>Roberto Montes<br>15500 E. Centretech Parkway<br>Aurora, CO 80011<br>or<br>5350 W. Evans Avenue, Unit F<br>Denver, CO 80227 |
| 8261 | 4111 Wolfin Avenue<br>Amarillo, Texas 79102 | Landlord: Billy D. Burnett, Trustee<br>The Burnett Trust dated December 14, 1988, Sub-Trust B<br>2620 W. Burbank Boulevard<br>Burbank, CA 91505<br><br>Subleasee: Kevin Hawkins & David Wilson<br>Tres Bubba's Inc.<br>4111 Wolfin Avenue<br>Amarillo, TX 79106 |
| 8267 | 3850 S. Broadway<br>Edmond, OK | Landlord: MTV Real Estate Limited Partnership<br>101 N Robinson Avenue, Suite 810<br>Oklahoma City, OK 73012<br><br>Landlord's Atty:<br>Carrie L. Palmer, Esq.<br>Palmer/Wantland<br>111 Harrison Avenue, Suite 100,<br>Oklahoma City, OK 73104 |