# **EXHIBIT C**

13-Week Budget

PERKINS & MARIE CALLENDER'S INC.
13 WEEK CASH FLOW PROJECTION (2)

| | 6-Jun | Week Beginning | | | | | |
|---|---|---|---|---|---|---|---|
| | | 13-Jun | 20-Jun | 27-Jun | 4-Jul | 11-Jul | 18-Jul |
| **Opening Bank Balances** | 6,346,767 | 6,374,006 | 4,579,730 | 1,420,858 | 1,279,634 | 2,190,664 | 1,535,347 |
| Revolver/DIP Borrowing (1) | - | | 2,000,000 | 2,500,000 | | | 2,000,000 |
| Repay to Gift Card Accounts | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| USF ACH | (2,134,820) | (2,113,100) | (2,006,192) | (1,736,868) | (1,565,668) | (1,793,800) | (1,586,400) |
| Payroll & Payroll Taxes | (3,169,249) | (3,799,804) | (2,868,915) | (3,698,600) | (1,999,000) | (2,918,000) | (2,743,700) |
| Rent | (576,268) | (135,724) | - | (392,285) | (535,000) | (835,000) | - |
| Utilities | (248,196) | (550,000) | (475,000) | (510,000) | (470,000) | (505,000) | (511,900) |
| Medical/Work Comp Insurance | (274,929) | (247,000) | (267,000) | (327,000) | (247,000) | (247,000) | (267,000) |
| Sales & Income Tax | (132,907) | (435,850) | (2,363,600) | (193,200) | (18,600) | (216,900) | (628,510) |
| Foxtail AP (Checks Clearing) | (488,054) | (150,000) | (600,000) | (367,350) | (303,180) | (328,400) | (328,400) |
| Foxtail - Corona Checks Clearing | (46,254) | (26,000) | (118,000) | (72,000) | (72,000) | (55,000) | (55,000) |
| Perkins AP | (2,128,246) | (966,000) | (2,588,000) | (1,320,000) | (803,260) | (1,279,000) | (1,225,000) |
| Marie AP | (1,175,851) | (855,300) | (1,729,000) | (940,000) | (643,625) | (433,975) | (790,000) |
| Subtotal Operating Expenses/Disbursements | (10,374,774) | (9,378,778) | (13,115,707) | (9,657,303) | (6,757,333) | (8,712,075) | (8,235,910) |
| Interest Payments | - | - | - | - | - | - | - |
| Perkins Store Funds | 4,911,536 | 5,232,600 | 4,838,200 | 4,638,200 | 4,847,200 | 4,637,900 | 4,703,000 |
| Marie Store Funds | 3,133,327 | 2,471,902 | 1,850,385 | 1,938,129 | 1,810,163 | 1,799,808 | 1,613,900 |
| Perkins Commercial Deposits | 587,688 | 565,000 | 640,000 | 565,000 | 452,000 | 1,175,000 | 525,000 |
| Foxtail Commercial Deposits | 1,249,626 | 580,000 | 580,000 | 580,000 | 464,000 | 544,050 | 544,050 |
| Marie Commercial Deposits | 411,940 | 255,000 | 255,000 | 255,000 | 204,000 | 300,000 | 300,000 |
| Other | (746,834) | - | 3,250 | (250) | 11,000 | (30,000) | 3,300 |
| Subtotal Operating Inflows/Revenues | 9,547,283 | 9,104,502 | 8,166,835 | 7,976,079 | 7,788,363 | 8,426,758 | 7,689,250 |
| General Expenses (3) | - | (120,000) | (120,000) | (120,000) | (120,000) | (120,000) | (120,000) |
| Capital Expenditures | - | - | - | - | - | (250,000) | (250,000) |
| Closed Store Severance/Vacation | - | (1,400,000) | - | - | - | - | - |
| Professional Fees | (1,504,000) | - | - | - | - | - | (1,200,000) |
| Utility Deposits | - | - | - | (750,000) | - | - | - |
| Store Closing Expenses | - | - | (90,000) | (90,000) | - | - | - |
| ConAgra Proceeds | 2,358,730 | | | | | | |
| Subtotal Restructuring Expenses | 854,730 | (1,520,000) | (210,000) | (960,000) | (120,000) | (370,000) | (1,570,000) |
| **Period operating activity** | 27,239 | (1,794,276) | (5,158,872) | (2,641,224) | 911,030 | (655,317) | (2,116,660) |
| **Closing Bank Balances** | 6,374,006 | 4,579,730 | 1,420,858 | 1,279,634 | 2,190,664 | 1,535,347 | 1,418,687 |
| Total DIP Revolving Credit Facility (1) | | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 |
| Revolver/DIP Balance | - | - | 2,200,000 | 4,700,000 | 4,700,000 | 4,751,289 | 6,751,289 |
| Pre-Petition Loan Balance | - | - | - | - | - | - | - |
| Lender Fees & Interest Charged to Revolver | | 200,000 | - | - | 51,289 | - | - |
| Outstanding Letters of Credit | | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 |
| **Remaining DIP Availability** | - | 10,941,240 | 8,741,240 | 6,241,240 | 6,241,240 | 6,189,951 | 4,189,951 |

(1) Contemplated DIP facility
(2) After giving effect to proposed store closings
(3) Subject to review/court approval

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CUMULATIVE CASH RECEIPTS | | 9,104,502 | 17,271,337 | 25,247,416 | 33,035,779 | 41,462,537 | 49,151,787 |
| CUMULATIVE DISBURSEMENTS | | (10,898,778) | (24,224,485) | (34,841,788) | (41,719,121) | (50,801,196) | (60,607,106) |
| CUMULATIVE VARIANCE | | | | | | | |

PERKINS & MARIE CALLENDER'S INC.
13 WEEK CASH FLOW PROJECTION (2)

| | 25-Jul | 1-Aug | 8-Aug | 15-Aug | 22-Aug | 29-Aug | 5-Sep | Total 6/13 - 9/11 |
|---|---|---|---|---|---|---|---|---|
| **Opening Bank Balances** | 1,418,687 | 1,580,697 | 1,382,842 | 1,120,952 | 1,547,789 | 1,326,159 | 1,710,734 | 6,374,006 |
| Revolver/DIP Borrowing (1) | 1,500,000 | | | 1,500,000 | | | | 9,500,000 |
| Repay to Gift Card Accounts | (100,000) | - | - | - | - | - | - | (700,000) |
| USF ACH | (1,610,300) | (1,600,400) | (1,685,800) | (1,684,200) | (1,660,500) | (1,587,700) | (1,616,300) | (22,247,228) |
| Payroll & Payroll Taxes | (3,550,800) | (2,681,000) | (2,794,000) | (2,600,000) | (2,763,700) | (2,727,200) | (2,722,500) | (37,867,219) |
| Rent | (96,500) | (872,785) | (789,000) | | | (392,285) | (960,000) | (5,008,579) |
| Utilities | (383,900) | (391,100) | (390,900) | (449,500) | (403,300) | (203,900) | (352,900) | (5,597,400) |
| Medical/Work Comp Insurance | (327,000) | (247,000) | (247,000) | (267,000) | (327,000) | (247,000) | (247,000) | (3,511,000) |
| Sales & Income Tax | (145,440) | (303,280) | (145,240) | (1,081,214) | (625,780) | (45,900) | (11,700) | (6,215,214) |
| Foxtail AP (Checks Clearing) | (328,400) | (317,240) | (272,600) | (272,600) | (272,600) | (272,600) | (371,180) | (4,184,550) |
| Foxtail - Corona Checks Clearing | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (783,000) |
| Perkins AP | (1,225,000) | (675,050) | (1,035,050) | (950,000) | (950,000) | (616,640) | (868,280) | (14,501,280) |
| Marie AP | (790,000) | (563,950) | (470,200) | (696,250) | (696,250) | (628,300) | (312,100) | (9,548,950) |
| Subtotal Operating Expenses/Disbursements | (8,612,340) | (7,706,805) | (7,884,790) | (8,055,764) | (7,754,130) | (6,776,525) | (7,516,960) | (110,164,420) |
| Interest Payments | - | - | - | - | - | - | | |
| Perkins Store Funds | 4,705,600 | 4,910,000 | 4,895,300 | 4,812,300 | 4,603,800 | 4,339,000 | 4,756,500 | 61,919,600 |
| Marie Store Funds | 1,644,700 | 1,677,900 | 1,655,600 | 1,654,300 | 1,617,700 | 1,586,100 | 1,609,700 | 22,930,287 |
| Perkins Commercial Deposits | 450,000 | 450,000 | 550,000 | 550,000 | 625,000 | 550,000 | 400,000 | 7,497,000 |
| Foxtail Commercial Deposits | 544,050 | 544,050 | 651,000 | 651,000 | 651,000 | 651,000 | 483,600 | 7,467,800 |
| Marie Commercial Deposits | 300,000 | 300,000 | 285,000 | 285,000 | 285,000 | 285,000 | 156,000 | 3,465,000 |
| Other | - | (3,000) | (44,000) | - | - | - | (42,000) | (101,700) |
| Subtotal Operating Inflows/Revenues | 7,644,350 | 7,878,950 | 7,992,900 | 7,952,600 | 7,782,500 | 7,411,100 | 7,363,800 | 103,177,987 |
| General Expenses (3) | (120,000) | (120,000) | (120,000) | (120,000) | - | - | | (1,200,000) |
| Capital Expenditures | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (2,250,000) |
| Closed Store Severance/Vacation | - | - | - | - | - | - | | (1,400,000) |
| Professional Fees | - | - | - | (600,000) | - | - | | (1,800,000) |
| Utility Deposits | - | - | - | - | - | - | | (750,000) |
| Store Closing Expenses | - | - | - | - | - | - | | (180,000) |
| ConAgra Proceeds | | | | | | | | - |
| Subtotal Restructuring Expenses | (370,000) | (370,000) | (370,000) | (970,000) | (250,000) | (250,000) | (250,000) | (7,580,000) |
| Period operating activity | (1,337,990) | (197,855) | (261,890) | (1,073,164) | (221,630) | 384,575 | (403,160) | (14,566,433) |
| **Closing Bank Balances** | 1,580,697 | 1,382,842 | 1,120,952 | 1,547,789 | 1,326,159 | 1,710,734 | 1,307,574 | 1,307,574 |
| Total DIP Revolving Credit Facility (1) | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 |
| Revolver/DIP Balance | 8,251,289 | 8,251,289 | 8,311,947 | 9,811,947 | 9,811,947 | 9,811,947 | 9,878,104 | 9,878,104 |
| Pre-Petition Loan Balance | - | - | - | - | - | - | - | |
| Lender Fees & Interest Charged to Revolver | - | 60,657 | - | - | - | 66,157 | - | |
| Outstanding Letters of Credit | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 |
| **Remaining DIP Availability** | 2,689,951 | 2,689,951 | 2,629,293 | 1,129,293 | 1,129,293 | 1,129,293 | 1,063,136 | 1,063,136 |

(1) Contemplated DIP facility
(2) After giving effect to proposed store closings
(3) Subject to review/court approval

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CUMULATIVE CASH RECEIPTS | 56,796,137 | 64,675,087 | 72,667,987 | 80,620,587 | 88,403,087 | 95,814,187 | 103,177,987 | 206,355,974 |
| CUMULATIVE DISBURSEMENTS | (69,589,446) | (77,666,251) | (85,921,041) | (94,946,805) | (102,950,935) | (109,977,460) | (117,744,420) | (235,488,839) |
| CUMULATIVE VARIANCE | | | | | | | | |

PERKINS & MARIE CALLENDER'S INC.
13 WEEK CASH FLOW PROJECTION (2)

| | 12-Sep | 19-Sep | 26-Sep | 3-Oct | 10-Oct | 17-Oct | 24-Oct |
|---|---|---|---|---|---|---|---|
| **Opening Bank Balances** | 1,307,574 | 1,128,694 | 1,459,744 | 2,018,219 | 3,335,419 | 2,904,419 | 3,789,879 |
| Revolver/DIP Borrowing (1) | | | | | (1,000,000) | (1,000,000) | (1,000,000) |
| Repay to Gift Card Accounts | | | | | | | |
| USF ACH | (1,671,000) | (1,508,000) | (1,665,000) | (1,745,000) | (1,926,000) | (1,754,000) | (1,843,000) |
| Payroll & Payroll Taxes | (2,699,000) | (1,936,000) | (2,747,000) | (1,893,000) | (2,735,000) | (1,851,000) | (2,865,000) |
| Rent | (407,000) | | (392,285) | (960,000) | (407,000) | | |
| Utilities | (352,900) | (393,350) | (386,340) | (393,900) | (421,700) | (510,500) | (352,000) |
| Medical/Work Comp Insurance | (247,000) | (247,000) | (247,000) | (247,000) | (247,000) | (247,000) | (247,000) |
| Sales & Income Tax | (518,400) | (1,240,000) | (157,500) | - | (8,500) | (87,000) | |
| Foxtail AP (Checks Clearing) | (272,600) | (272,600) | (272,600) | (272,600) | (272,600) | (272,600) | (272,600) |
| Foxtail - Corona Checks Clearing | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) |
| Perkins AP | (850,000) | (850,000) | (517,000) | (868,280) | (850,000) | (950,000) | (875,000) |
| Marie AP | (312,100) | (450,000) | (312,100) | (312,100) | (450,000) | (450,000) | (450,000) |
| Subtotal Operating Expenses/Disbursements | (7,385,000) | (6,951,950) | (6,751,825) | (6,746,880) | (7,372,800) | (6,177,100) | (6,959,600) |
| Interest Payments | | | | | | | |
| Perkins Store Funds | 4,267,400 | 4,474,000 | 4,520,000 | 4,620,000 | 4,500,000 | 4,637,000 | 4,660,000 |
| Marie Store Funds | 1,610,000 | 1,650,000 | 1,746,900 | 2,120,000 | 2,069,000 | 2,197,000 | 2,176,000 |
| Perkins Commercial Deposits | 500,000 | 480,000 | 300,000 | 600,000 | 400,000 | 550,000 | 450,000 |
| Foxtail Commercial Deposits | 658,720 | 529,000 | 593,400 | 666,080 | 772,800 | 453,560 | 821,560 |
| Marie Commercial Deposits | 170,000 | 150,000 | 150,000 | 100,000 | 200,000 | 225,000 | 250,000 |
| Other | - | - | - | (42,000) | - | - | - |
| Subtotal Operating Inflows/Revenues | 7,206,120 | 7,283,000 | 7,310,300 | 8,064,080 | 7,941,800 | 8,062,560 | 8,357,560 |
| General Expenses (3) | | | | | | | |
| Capital Expenditures | | | | | | | |
| Closed Store Severance/Vacation | | | | | | | |
| Professional Fees | | | | | | | |
| Utility Deposits | | | | | | | |
| Store Closing Expenses | | | | | | | |
| ConAgra Proceeds | | | | | | | |
| Subtotal Restructuring Expenses | - | - | - | - | - | - | - |
| Period operating activity | (178,880) | 331,050 | 558,475 | 1,317,200 | 569,000 | 1,885,460 | 1,397,960 |
| **Closing Bank Balances** | 1,128,694 | 1,459,744 | 2,018,219 | 3,335,419 | 2,904,419 | 3,789,879 | 4,187,839 |
| Total DIP Revolving Credit Facility (1) | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 |
| Revolver/DIP Balance | 9,878,104 | 9,878,104 | 9,878,104 | 9,950,347 | 8,950,347 | 7,950,347 | 6,950,347 |
| Pre-Petition Loan Balance | - | - | - | - | - | - | - |
| Lender Fees & Interest Charged to Revolver | - | - | 72,244 | - | - | - | - |
| Outstanding Letters of Credit | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 |
| **Remaining DIP Availability** | 1,063,136 | 1,063,136 | 1,063,136 | 990,893 | 1,990,893 | 2,990,893 | 3,990,893 |

(1) Contemplated DIP facility
(2) After giving effect to proposed store closings
(3) Subject to review/court approval

CUMULATIVE CASH RECEIPTS

CUMULATIVE DISBURSEMENTS

CUMULATIVE VARIANCE

PERKINS & MARIE CALLENDER'S INC.
13 WEEK CASH FLOW PROJECTION (2)

| | 31-Oct | 7-Nov | 14-Nov | 21-Nov | 28-Nov | 5-Dec | 12-Dec | 19-Dec |
|---|---|---|---|---|---|---|---|---|
| **Opening Bank Balances** | 4,187,839 | 3,102,974 | 1,183,974 | 3,206,614 | 3,186,174 | 1,368,509 | 1,863,089 | 4,961,769 |
| Revolver/DIP Borrowing (1) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | | 1,000,000 | | (1,000,000) |
| Repay to Gift Card Accounts | | | | | | | | |
| USF ACH | (1,952,000) | (2,060,000) | (2,002,000) | (3,003,000) | (2,802,000) | (1,350,000) | (1,490,000) | (1,690,000) |
| Payroll & Payroll Taxes | (2,302,000) | (2,763,000) | (1,917,000) | (2,565,000) | (2,354,000) | (3,277,000) | (1,876,000) | (2,883,000) |
| Rent | (1,352,285) | (407,000) | | | (392,285) | (1,367,000) | | |
| Utilities | (36,200) | (352,000) | (347,000) | (235,000) | (281,000) | (276,000) | (286,300) | (180,000) |
| Medical/Work Comp Insurance | (247,000) | (247,000) | (247,000) | (247,000) | (247,000) | (247,000) | (247,000) | (247,000) |
| Sales & Income Tax | (1,104,000) | (676,000) | (28,000) | (644,000) | (12,000) | (44,000) | (133,000) | (128,000) |
| Foxtail AP (Checks Clearing) | (272,600) | (272,600) | (272,600) | (272,600) | (272,600) | (272,600) | (272,600) | (272,600) |
| Foxtail - Corona Checks Clearing | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) |
| Perkins AP | (950,000) | (950,000) | (950,000) | (880,000) | (950,000) | (868,280) | (868,280) | (868,280) |
| Marie AP | (312,100) | (450,000) | (450,000) | (450,000) | (312,100) | (312,100) | (312,100) | (312,100) |
| Subtotal Operating Expenses/Disbursements | (8,583,185) | (8,232,600) | (6,268,600) | (8,351,600) | (7,677,985) | (8,068,980) | (5,540,280) | (6,635,980) |
| Interest Payments | | | | | (7,140,000) | | | |
| Perkins Store Funds | 4,706,000 | 4,323,000 | 5,272,000 | 4,380,000 | 6,254,000 | 4,584,000 | 4,398,000 | 5,136,000 |
| Marie Store Funds | 2,071,000 | 1,845,000 | 2,551,000 | 3,978,000 | 3,948,000 | 1,755,000 | 1,951,000 | 2,471,000 |
| Perkins Commercial Deposits | 670,000 | 350,000 | 350,000 | 250,000 | 600,000 | 350,000 | 475,000 | 200,000 |
| Foxtail Commercial Deposits | 801,320 | 487,600 | 618,240 | 573,160 | 1,698,320 | 591,560 | 1,414,960 | 249,320 |
| Marie Commercial Deposits | 250,000 | 350,000 | 500,000 | 150,000 | 500,000 | 325,000 | 400,000 | 450,000 |
| Other | - | (42,000) | - | - | - | (42,000) | - | - |
| Subtotal Operating Inflows/Revenues | 8,498,320 | 7,313,600 | 9,291,240 | 9,331,160 | 13,000,320 | 7,563,560 | 8,638,960 | 8,506,320 |
| General Expenses (3) | | | | | | | | |
| Capital Expenditures | | | | | | | | |
| Closed Store Severance/Vacation | | | | | | | | |
| Professional Fees | | | | | | | | |
| Utility Deposits | | | | | | | | |
| Store Closing Expenses | | | | | | | | |
| ConAgra Proceeds | | | | | | | | |
| Subtotal Restructuring Expenses | - | - | - | - | - | - | - | - |
| **Period operating activity** | (84,865) | (919,000) | 3,022,640 | 979,560 | (1,817,665) | (505,420) | 3,098,680 | 1,870,340 |
| **Closing Bank Balances** | 3,102,974 | 1,183,974 | 3,206,614 | 3,186,174 | 1,368,509 | 1,863,089 | 4,961,769 | 5,832,109 |
| Total DIP Revolving Credit Facility (1) | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 | 21,000,000 |
| Revolver/DIP Balance | 5,950,347 | 5,015,386 | 4,015,386 | 3,015,386 | 3,015,386 | 4,073,017 | 4,073,017 | 3,073,017 |
| Pre-Petition Loan Balance | - | - | - | - | - | - | - | - |
| Lender Fees & Interest Charged to Revolver | 65,039 | - | - | - | 57,630 | - | - | - |
| Outstanding Letters of Credit | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 | 10,058,760 |
| **Remaining DIP Availability** | 4,990,893 | 5,925,854 | 6,925,854 | 7,925,854 | 7,925,854 | 6,868,223 | 6,868,223 | 7,868,223 |

(1) Contemplated DIP facility
(2) After giving effect to proposed store closings
(3) Subject to review/court approval

CUMULATIVE CASH RECEIPTS

CUMULATIVE DISBURSEMENTS

CUMULATIVE VARIANCE

PERKINS & MARIE CALLENDER'S INC.
13 WEEK CASH FLOW PROJECTION (2)

|  | 26-Dec |
|---|---|
| **Opening Bank Balances** | 5,832,109 |
| Revolver/DIP Borrowing (1) | (1,800,000) |
| Repay to Gift Card Accounts | |
| USF ACH | (2,612,000) |
| Payroll & Payroll Taxes | (1,919,000) |
| Rent | |
| Utilities | (158,000) |
| Medical/Work Comp Insurance | (247,000) |
| Sales & Income Tax | (483,000) |
| Foxtail AP (Checks Clearing) | (272,600) |
| Foxtail - Corona Checks Clearing | (55,000) |
| Perkins AP | (950,000) |
| Marie AP | (312,100) |
| Subtotal Operating Expenses/Disbursements | (7,008,700) |
| Interest Payments | |
| Perkins Store Funds | 5,504,000 |
| Marie Store Funds | 3,140,000 |
| Perkins Commercial Deposits | 700,000 |
| Foxtail Commercial Deposits | 249,320 |
| Marie Commercial Deposits | 275,000 |
| Other | - |
| Subtotal Operating Inflows/Revenues | 9,868,320 |
| General Expenses (3) | |
| Capital Expenditures | |
| Closed Store Severance/Vacation | |
| Professional Fees | |
| Utility Deposits | |
| Store Closing Expenses | |
| ConAgra Proceeds | |
| Subtotal Restructuring Expenses | - |
| Period operating activity | 2,859,620 |
| **Closing Bank Balances** | 6,891,729 |
| Total DIP Revolving Credit Facility (1) | 21,000,000 |
| Revolver/DIP Balance | 1,273,017 |
| Pre-Petition Loan Balance | - |
| Lender Fees & Interest Charged to Revolver | - |
| Outstanding Letters of Credit | 10,058,760 |
| **Remaining DIP Availability** | 9,668,223 |

(1) Contemplated DIP facility
(2) After giving effect to proposed store closings
(3) Subject to review/court approval

CUMULATIVE CASH RECEIPTS

CUMULATIVE DISBURSEMENTS

CUMULATIVE VARIANCE