## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERKINS & MARIE CALLENDER'S INC.,[1] et al., | Case No. 11-11795 (KG) |
| | Joint Administration Pending |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 14, 2011 AT 9:30 A.M. (ET)

### VOLUNTARY PETITIONS AND FIRST DAY DECLARATION

1. Voluntary Chapter 11 Petition Packages:

    a) Perkins & Marie Callender's Inc.
    b) Perkins & Marie Callender's Holding Inc.
    c) Perkins & Marie Callender's Realty LLC
    d) Perkins Finance Corp.
    e) Wilshire Restaurant Group LLC
    f) PMCI Promotions LLC
    g) Marie Callender Pie Shops, Inc.
    h) Marie Callender Wholesalers, Inc.
    i) MACAL Investors, Inc.
    j) MCID, Inc.
    k) Wilshire Beverage, Inc.
    l) FIV Corp.

2. Declaration of Joseph F. Trungale in Support of Debtors' Chapter 11 Petitions and First Day Motions [D.I. 19, 6/13/11]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's Inc. (4388); Perkins & Marie Callender's Holding Inc. (3999); Perkins & Marie Callender's Realty LLC (N/A); Perkins Finance Corp. (0081); Wilshire Restaurant Group LLC (0938); PMCI Promotions LLC (7308); Marie Callender Pie Shops, Inc. (7414); Marie Callender Wholesalers, Inc. (1978); MACAL Investors, Inc. (4225); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); and FIV Corp. (3448). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, TN 38119.

**MATTERS GOING FORWARD**

3.  Debtors' Motion Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 for Order Authorizing Joint Administration [Docket No. 3, 6/13/11]

4.  Debtors' Application Pursuant to 28 U.S.C. § 156(c), Fed.R.Bankr.P. 2002 and Del.Bankr.L.R. 2002-1(f) for Entry of an Order Authorizing the Employment and Retention of Omni Management Group, LLC as Claims, Balloting, and Noticing Agent [Docket No. 4, 6/13/11]

5.  Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 for Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Utility Services, (II) Finding Utilities Adequately Assured of Payment, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 5, 6/13/11]

6.  Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 Authorizing (I) Payment of Certain Pre-Petition Taxes, and (II) Financial Institutions to Process and Cash Checks and Transfers Related Thereto [Docket No. 6, 6/13/11]

7.  Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 for an Order Authorizing Debtors to Honor Pre-Petition Customer Programs [Docket No. 7, 6/13/11]

8.  Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, 364, 1107(a) and 1108 (I) Authorizing the Debtors to (A) Continue Pre-Petition Insurance Coverage and Enter into New Insurance Policies and (B) Maintain Pre-Petition Premium Financing Agreements and Enter Into New Post-Petition Premium Financing Agreements and (II) Authorizing and Directing the Debtors' Banks and Other Financial Institutions to Process, Honor and Pay Certain Checks and Fund Transfer Requests [Docket No. 8, 6/13/11]

9.  Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 503(b) for an Order Confirming Grant of Administrative Expense Status to Obligations Arising from Post-Petition Delivery of Goods or Delivery of Services [Docket No. 9, 6/13/11]

10. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 503(b)(9), and 507(a) for an Order Authorizing Debtors to Pay Certain Pre-Petition Claims of Suppliers and Vendors of Goods Entitled to Administrative Priority [Docket No. 10, 6/13/11]

11. Debtors' Motion Pursuant to 11 U.S.C. § 105(a) for Order Authorizing Payment of Claims Under PACA and State Statutes of Similar Effect [Docket No. 11, 6/13/11]

12. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and (c) for Order Authorizing the Payment of Pre-Petition Claims of Freight Forwarders, Carriers, Warehousemen and Similar Claimants [Docket No. 12, 6/13/11]

13. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363, 1107(a) and 1108, Fed.R.Bankr.P. 2015 and Del.Bankr.L.R. 2015-2 for an Order (I) Authorizing and

Approving Continued Use of Cash Management System, (II) Authorizing Use of Pre-Petition Bank Accounts and Business Forms, (III) Authorizing Payment of Pre-Petition Costs and Fees Associated with Customer Credit Card Transactions, (IV) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis and (V) Granting Certain Related Relief [Docket No. 13, 6/13/11]

14. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for an Order (I) Authorizing the Debtors, in Their Discretion, to Pay Certain Pre-Petition Employee Wages, Compensation and Employee Benefits and Continue Payment of Wages, Compensation and Employee Benefits in the Ordinary Course of Business, and (II) Authorizing the Debtors' Banks and Other Financial Institutions to Process, Honor and Pay Certain Checks Presented for Payment and to Honor Certain Fund Transfer Requests [Docket No. 14, 6/13/11]

15. Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, and (V) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 18, 6/13/11]

Related Document:

a) Declaration of Joseph H. Santarlasci, Jr. in Further Support of the Debtors' Postpetition Debtor-In-Possession Financing Facility [Docket No. 21, 6/13/11]

Dated: June 13, 2011　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

By: /s/ Robert F. Poppiti, Jr.
Robert S. Brady (No. 2847)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building, 1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600　　　Facsimile: (302) 571-1253

- AND -

TROUTMAN SANDERS LLP
Mitchel H. Perkiel
Brett D. Goodman
The Chrysler Building, 405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6000　　　Facsimile: (212) 704-6288

PROPOSED COUNSEL FOR PERKINS & MARIE CALLENDER'S INC., ET AL., Debtors and Debtors-in-Possession