# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PERKINS & MARIE CALLENDER'S INC, et al[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11795 (KG)<br><br>Joint Administration Pending |

## AFFIDAVIT OF SERVICE

I, Mario E. Diaz, am employed in the city and county of Los Angeles, State of California. I hereby certify that on June 13, 2011, I caused true and correct copies of the following document(s) to be served via (i) via facsimile to the parties listed in <u>Exhibit A</u> and (ii) via overnight mail by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as <u>Exhibit B</u>. Also, in the event the address was a P.O. Box, the document(s) listed below were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail in Los Angeles, California addressed to the parties listed on the Service List and are also included in <u>Exhibit B</u> attached hereto:

- **Notice of Hearing to Consider First Day Pleadings [Docket No. 22]**
- **Notice of Agenda of Matters Scheduled for Hearing on June 14, 2011 at 9:30 A.M. (ET) [Docket No. 23]**

Dated: June 13, 2011

Mario E. Diaz
Omni Management Group, L.L.C.
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 13 day of June 20 11, by Mario E. Diaz, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public
My Commission expires: March 19, 2015

MONICA JUAREZ
Commission # 1929154
Notary Public - California
Los Angeles County
My Comm. Expires Mar 19, 2015

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's Inc. (4388); Perkins & Marie Callender's Holding Inc. (3999); Perkins & Marie Callender's Realty LLC (N/); Perkins Finance Corp. (0081); Wilshire Restaurant Group LLC (0938); PMCI Promotions LLC (7308); Marie Callender Pie Shops, Inc. (7414); Marie Callender Wholesalers, Inc. (1978); MACAL Investors, Inc. (4225); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); and FIV Corp. (3448). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, TN 38119.

# **EXHIBIT A**

| | | |
|---|---|---|
| AIRES<br>412-788-6500 | Akin Gump Strauss Hauer & Feld LLP<br>202-887-4288 | Akin Gump Strauss Hauer & Feld LLP<br>202-887-4288 |
| Akin Gump Strauss Hauer & Feld LLP<br>212-872-1002 | BALLAS EGG PRODUCT CORP.<br>740-453-0491 | BIMBO BAKERIES USA INC<br>310-536-0227 |
| CREMES UNLIMITED INC<br>708-748-4985 | Delaware Secretary Of State<br>302-739-3811 | DUCK DELIVERY PRODUCE<br>503-288-0400 |
| ECOLAB PEST ELIM. DIV.<br>701-775-0340 | EFM GROUP<br>602-256-6500 | Emmet, Marvin & Martin LLP<br>212-238-3100 |
| ENGAUGE TOTAL<br>614-573-1513 | FLEISCHMANN'S YEAST INC.<br>314-392-0810 | Foley & Lardner LLP<br>212-687-2329 |
| FRESHPOINT<br>626-609-3536 | GENERAL MILLS, INC.<br>951-737-0906 | GIBSON DUNN & CRUTCHER LLP<br>949-451-4220 |
| H. NAGEL & SON CO INC<br>513-665-4570 | HEILBRICE<br>949-336-8819 | Internal Revenue Service<br>215-516-2015 |
| JUANA'S PACKING CO.<br>612-842-8357 | KABC-TV<br>972-392-0832 | KENDALL FROZEN FRUITS, INC<br>910-288-9913 |
| KTTV<br>310-584-2216 | LODERS CROKLAAN USA<br>815-730-5202 | MERCHANTS COLD STORAGE<br>859-485-4475 |
| MICROS SYSTEMS INC.<br>208-575-1912 | MID VALLEY NUT CO. INC.<br>630-789-9982 | MOODY'S INVESTORS SERVICE INC.<br>212-298-6631 |
| NEWS AMERICA MKTG FSI INC<br>310-785-0862 | NEXT DAY GOURMET<br>866-215-1029 | Office of the U.S. Trustee<br>302-573-6497 |
| OMEGA TRUST<br>952-294-5191 | Paul, Hastings, Janofsky & Walker LLP<br>404-685-5167 | Paul, Hastings, Janofsky & Walker LLP<br>404-685-5208 |
| R.W. SMITH & COMPANY<br>858-530-1800 | ROGER'S POULTRY CO.<br>323-585-0195 | SCHULTE ROTH & ZABEL LLP<br>212-593-5955 |
| Secretary Of The Treasury<br>302-739-3811 | Securities & Exchange Commission<br>202-772-9265 | Securities & Exchange Commission<br>646-428-1980 |
| SHOES FOR CREWS LLC<br>888-647-4637 | SKIDMORE SALES & DISTRIB. INC.<br>513-575-3829 | SWEETNER SUPPLY CORP<br>513-232-8799 |

| | | |
|---|---|---|
| SYSCO<br>801-563-6597 | TALX CORPORATION<br>314-983-3934 | THE BANK OF NEW YORK MELLON TRUST<br>732-667-9239 |
| TOOF COMMERCIAL PRINTING<br>901-274-6191 | Troutman Sanders LLP<br>212-704-6288 | Troutman Sanders LLP<br>212-704-6288 |
| TRUSTAFF PERSONNEL SERVICES<br>888-897-9197 | U.S. Attorney's Office<br>302-573-6431 | US FOOD SERVICE INC.<br>408-245-1104 |
| WAWONA FROZEN FOODS<br>559-299-1921 | Wayzata Investment Partners<br>952-345-8901 | Young Conaway Stargatt & Taylor LLP<br>302-571-1253 |
| Young Conaway Stargatt & Taylor LLP<br>302-571-1253 | | |

Creditors: 58

# **EXHIBIT B**

| | | |
|---|---|---|
| AEI REAL ESTATE FUND 85-A LIMITED PARTNERSHIP<br>C/O BRIAN SCHULZ, LEASE MANAGER<br>AEI EXCHANGE SERVICES, INC.<br>1300 WELLS FARGO PLACE<br>30 EAST SEVENTH STREET<br>ST PAUL, MN 55101 | AIRES<br>ATTN: STEPHEN REED<br>2000 CLIFF MINE ROAD PARK WEST TWO<br>6TH FLOOR<br>PITTSBURGH, PA 15275 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: IRA DEZENGOFF, ESQ.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: KEVIN EIDE<br>ROBERT S. STRAUSS BUILDING<br>1333 NEW HAMPSHIRE AVENUE NW<br>WASHINGTON, DC 20036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SCOTT L. ALBERINO, ESQ.<br>1333 NEW HAMPSHIRE AVENUE NW<br>WASHINGTON, DC 20036 | ALLIED TRADING AND TRANSACTING, CORP. N.V.<br>D/B/A A.T.T. INCORPORATED<br>LYNN A. MORRISON, MEMBER<br>1790 EAST RIVER ROAD, SUITE 310<br>TUCSON, AZ 85718 |
| AMPROP CORNERS, INC.<br>ALINE PERRONE<br>12950 RACE TRACK ROAD<br>SUITE 201<br>TAMPA, FL 33626 | ANGELA C. WANG, PRESIDENT<br>DIAMOND PROPERTIES, INC.<br>969-G EDGEWATER BOULEVARD #350<br>FOSTER CITY, CA 94404 | ANN DEBENEDETTI, AS TRUSTEE OF THE ANN DEE<br>LEVIS TRUST U/A/D 12/12/2007<br>620 WEST POLO DRIVE<br>ST. LOUIS, MO 63105-2636 |
| ANTHONY SAMMUT AND CHRISTINE SAMMUT, TRUSTE<br>THE ANTHONY AND CHRISTINE SAMMUT REVOCABLE<br>U/T/D 2/14/1992<br>60 D CORRAL DE TIERRA ROAD<br>SALINAS, CA 93908 | BAHRAM AND FARZANEH FATA<br>23679 CALABASAS ROAD<br>CALABASAS, CA 91302 | BALLAS EGG PRODUCT CORP.<br>ATTN: CRAIG BALLAS<br>PO BOX 663881<br>INDIANAPOLIS, IN 46266 |
| BEATRICE D. WILES, TRUSTEE<br>THE BEA WILES TRUST DATED JUNE 2, 1989<br>1740 JASMINE STREET<br>EL CAJON, CA 92021 | BELZ INVESTCO GP<br>CATHY CHESTEEN, ASSET MANAGER<br>100 PEABODY PLACE SUITE 1400<br>MEMPHIS, TN 38103 | BENITO AND ANITA CHUA-LADDARAN, TRUSTEES<br>THE BENITO AND ANITA CHUA-LADDARAN 1985 FAI<br>TRUST DATED AUGUST 22, 1985, AS AMENDED ANI<br>2105 BEVERLY BLVD., SUITE 117<br>LOS ANGELES, CA 90057 |
| BERKELEY LAND CO. INC.<br>MICHAEL S. MIKULICH<br>VICE PRESIDENT, REAL ESTATE<br>321 HARTZ AVENUE, SUITE 200<br>DANVILLE, CA 94526 | BILLY D. BURNETT, TRUSTEE<br>THE BURNETT TRUST DATED DECEMBER 14, 1988, SU<br>2620 W. BURBANK BOULEVARD<br>BURBANK, CA 91505 | BIMBO BAKERIES USA INC<br>ATTN: JIM STONE<br>FILE 52176<br>LOS ANGELES, CA 90074 |
| CARRIE L. PALMER, ESQ.<br>PALMER/WANTLAND<br>111 HARRISON AVENUE, SUITE 100,<br>OKLAHOMA CITY, OK 73104 | CEMB PROPERTIES, LLC<br>C/O CAROLYN E. HARPER<br>2557 E. MISSOURI AVENUE<br>PHOENIX, AZ 85016 | CLAY F. SMITH<br>B&J PARTNERSHIP, LTD<br>300 SPEEDWAY CIRCLE<br>LINCOLN, NE 68502 |
| CREMES UNLIMITED INC<br>ATTN: JOHN EVANS<br>39633 TREASURY CENTER<br>CHICAGO, IL 60694 | CYPRESS REALTY HOLDINGS COMPANY II, LLC<br>ATTN: PRICE D. FORD<br>700 COLONIAL ROAD, SUITE 100<br>MEMPHIS, TN 38117 | DALY CITY SERRAMONTE CENTER LLC<br>ATTENTION RICHARD N. BARTLETT, VP<br>3 SERRAMONTE CENTER<br>DALY CITY, CA 94016 |
| DALY CITY SERRAMONTE CENTER, LLC<br>100 THE EMBARCADERO, SUITE 300<br>SAN FRANCISCO, CA 94105<br>ATTN: ASSET MANAGER/SERRAMONTE CENTER | DANIEL M. HUNTER, TRUSTEE<br>THE DANIEL M. HUNTER REVOCABLE TRUST DATED M<br>1999, AS AMENDED<br>948 MAYFIELD AVENUE<br>WINTER PARK, FLORIDA 32789 | DANIEL M. HUNTER, ESQ.<br>HUNTER & MARCHMAN, P.A.<br>1330 PALMETTO AVENUE<br>WINTER PARK, FLORIDA 32789 |
| DAVID AND NANCY HOLLOMAN<br>920 LARIAT DRIVE<br>EUGENE, OR 97401 | DEERFIELD SQUARE LP<br>ATTN: CHRIS SIAVELIS<br>740 WAUKEGAN ROAD, STE. 400<br>DEERFIELD, IL 60015 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 898<br>DOVER, DE 19903 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DON MALTASE<br>525 N. TOMAHAWK ISLAND DRIVE<br>PORTLAND, OR 97217 | DOUGLAS F. HIGHAM SR., ESQ.<br>ROBINSON AND ROBINSON, LLP<br>2301 DUPONT DRIVE, SUITE 530<br>IRVINE, CA 92612 |

DOUGLAS K. AMMERMAN AND JANET S. FELDMAR, TR
THE DONALD W. CALLENDER FAMILY TRUST
4029 WESTERLY PLACE, SUITE 111
NEWPORT BEACH, CA 92660

DUCK DELIVERY PRODUCE
ATTN: DEREK DELANDRO
8448 NE 33RD DRIVE, SUITE 120
PORTLAND, OR 97211-2163

EARL N. FEIWELL AND SHIRLEY ROSE FEIWELL, TR
THE FEIWELL FAMILY TRUST – 1986
6085 EAGLECREST DRIVE
HUNTINGTON BEACH, CA 92648

ECOLAB PEST ELIM. DIV.
ATTN: RICHARD HOPFER
PO BOX 6007
GRAND FORKS, ND 58206-6007

EFM GROUP
ATTN: DEL CRONE
118 WEST JULIE DRIVE
TEMPE, AZ 85283

EMMET, MARVIN & MARTIN LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
120 BROADWAY, 32ND FLOOR
NEW YORK, NY 10271

ENGAUGE TOTAL
ATTN: NICK BANDY
375 NORTH FRONT STREET, SUITE 400
COLUMBUS, OH 43215

ERICA L. HEYL, ESQ.
986 MAIN STREET
ANTIOCH, IL 60002

FINANCIAL TRADING & TRANSACTING, LLC
LYNN MORRISON LLC
LYNN A. MORRISON, MEMBER
1790 EAST RIVER ROAD, SUITE 310
TUCSON, AZ 85718

FIRETHORN CAPITAL PARTNERS, LLC
ATTN: MARK A. OSBORNE, MANAGER
PO BOX 1320
FORESTDALE, MA 02644

FLEISCHMANN'S YEAST INC.
ATTN: ERICA PASHIA
4776 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

FOLEY & LARDNER LLP
ATTN: DOUGLAS SPELFOGEL, ESQ.
90 PARK AVENUE
NEW YORK, NY 10016-1314

FRESHPOINT
ATTN: JEFF RONK
155 N. ORANGE AVENUE
CITY OF INDUSTRY, CA 91744

GALILEO PARKWAY PLAZA, L.T.
C/O ERT AUSTRALIAN MANAGEMENT, L.P.
420 LEXINGTON AVE.
7TH FLOOR
NEW YORK, NY 10170

GENERAL MILLS, INC.
ATTN: DAN HILTON
PO BOX 120845
DALLAS, TX 75312

GFDFT-PERKINS
NICOLLET, LLC
ATTN: PHILIP DOWLEY
CHIEF MANAGER
4350 EXECUTIVE DRIVE SUITE 301
SAN DIEGO, CA 92121

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHELE MARYOTT
DEPARTMENT 0723
LOS ANGELES, CA 90084-0723

H. NAGEL & SON CO INC
ATTN: MIKE NORRIS
2428 CENTRAL PARKWAY
CINCINNATI, OH 45214

HEILBRICE
ATTN: JEFF MORRIS
9840 IRVINE CENTER DRIVE
IRVINE, CA 92618

HOLLISTER LAND & CATTLE COMPANY
C/O FRANK WILLIAMS
20 ST JOAN COURT
DANVILLE, CA 94526

I.S. COUNTRY CLUB ESTATES LIMITED PARTNERSH
C/O DONALD E .KAPLAN CPA MBA
CHIEF FINANCIAL OFFICER
MAPLE LEAF PROPERTIES
2424 NORTH FEDERAL HIGHWAY SUITE 454
BOCA RATON, FL 33431

IHOP PROPERTIES, INC.
ATTN: LEGAL DEPARTMENT
525 N. BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4415

INGRID TREFFEHN MENO
9274 CAMINO PAZ LANE
LA MESA, CA 91941

INTERNAL REVENUE SERVICE
2970 MARKET STREET
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JACKSON UNION LLC
ROBERT S. BOBOSKY, MEMBER
6770 SW CANYON DRIVE
PORTLAND, OR 97225

JAMES H. TOLCHINER
PO BOX 24561
EDINA, MN 55424-0022

JETSPLASH, LLC
TIMOTHY G. ASCHOFF, MEMBER
7330 CANYON ROAD
LINCOLN, NE 68516

JOHN A. RUNTE, ESQ.
435 COURT STREET
JACKSON, CA 95642

JOHN F. DEBENEDETTI, AS TRUSTEE OF THE DEBENE
FAMILY TRUST U/A/D 10/14/2004
36 WOODLAND AVENUE
SAN FRANCISCO, CA 94117

JONES LANG LA SALLE AMERICAS, INC.
3344 PEACHTREE ROAD NE, SUITE 1200
ATLANTA, GA 30326
ATTN: COUNSEL/SERRAMONTE CENTER

JUANA'S PACKING CO.
ATTN: LEE ERICKSON
14786 WINANS ST.
WEST OLIVE, MI 49460

KABC-TV
ATTN: PAUL FLETCHER
FILE #53525
LOS ANGELES, CA 90074

KENDALL FROZEN FRUITS, INC
ATTN: SUSAN KENDALL
9777 WILSHIRE BLVD. #818
BEVERLY HILLS, CA 90212-1908

| | | |
|---|---|---|
| KEVIN HAWKINS & DAVID WILSON<br>TRES BUBBA'S INC.<br>4111 WOLFIN AVENUE<br>AMARILLO, TX 79106 | KODA, KIMBLE AND KIDS LIMITED PARTNERSHIP<br>ATTN: JEAN KODA<br>2125 NORTH OLIVE STREET #E-10<br>TULOCK, CA 95382 | KTTV<br>ATTN: MARK SRIRO<br>FOX TELEVISION STUDIOS<br>1999 SOUTH BUNDY DRIVE<br>LOS ANGELES, CA 90025-5235 |
| LAVILLA DEL MAR, LLC<br>ATTN: ENRIQUE FEFER<br>19333 COLLINS AVENUE<br>APT. 1708<br>SUNNY ISLES BEACH, FL 33160 | LERUAL, INC.<br>ATTN: LAVONNE POTEET<br>800 MARKET STREET<br>LEWISBURG, PA 17837 | LINCOLN SQUARE PARTNERSHIP<br>C/O JONATHAN I. HATTIS<br>VICE PRESIDENT<br>AMERICAN ASSET MGMT. SVCS. CORP.<br>4711 W. GOLF ROAD, SUITE 1000<br>SKOKIE, IL 60076-1235 |
| LK CENTER, LLC<br>C/O ELSA MARTIN<br>13500 MULHOLLAND DRIVE<br>BEVERLY HILLS, CA 90210 | LODERS CROKLAAN USA<br>ATTN: DONNA BELL<br>PO BOX 751594<br>CHARLOTTE, NC 28275-1594 | LOUIS W. AND AUDREY S. DEMARTINI, TRUSTEES<br>THE LOUIS AND AUDREY DEMARTINI FAMILY TRUS<br>8/24/1987 AND DEMARTINI JOINT ACCOUNT<br>20 SUNNYSIDE AVENUE, SUITE K<br>MILL VALLEY, CA 94941 |
| M & N PARTNERS NO. 4<br>R.J. MCNULTY (ROBERT)<br>GENERAL PARTNER<br>400 2ND AVE. SOUTH #650<br>MINNEAPOLIS, MN 55420-2402 | MARIO H. AND PATSY W. CHAN<br>PO BOX 5220<br>SAN MATEO, CA 94402 | MARY ANNE KIMBLE<br>1668 14TH AVENUE<br>SAN FRANCISCO, CA 94122 |
| MARY DEBENEDETTI, AS TRUSTEE OF THE NEWMAN-<br>DEBENEDETTI FAMILY TRUST U/A/D 3/27/1998<br>1140 CAMINO VALLECITO<br>LAFAYETTE, CA 94549 | MATT TOOMBS<br>3800 S. 9TH STREET<br>LINCOLN, NE 68502 | MC PARCEL SHOPPING CENTER CO<br>C/O BUSINESS PROPERTIES<br>17631 FITCH STREET<br>IRVINE, CA 92614 |
| MCAL, LLC<br>WAYNE E. COPELAND JR. ,MANAGER<br>1308 BROOKSIDE DRIVE<br>NORMAN, OK 73072 | MERCED AUTO CENTER, INC.<br>ATTN: TIM RAZZARI<br>1234 AUTO CENTER DRIVE<br>MERCED, CA 95341 | MERCHANTS COLD STORAGE<br>ATTN: JOHN WALES<br>PO BOX 706022<br>CINCINNATI, OH 45270-6022 |
| MICROS SYSTEMS INC.<br>ATTN: CINDY RIVERS<br>PO BOX 23747<br>BALTIMORE, MD 21203-5747 | MID VALLEY NUT CO. INC.<br>ATTN: GWEN BILEK<br>PO BOX 987<br>HUGHSON, CA 95326 | MIKE HALLORAN<br>SENIOR PROPERTY MANAGER<br>CENTRO PROPERTIES GROUP<br>3500 OLEANDER DRIVE, SUITE 266<br>CHARLOTTE, NC 28403 |
| MILLWAY INVESTMENTS<br>C/O SYLVIA HAWKINS<br>ALVIN J. WOLFF MANAGEMENT CO.<br>220 W MAIN AVENUE<br>SPOKANE, WA 99201 | MITCHEL CORY FAMILY, LLC<br>C/O KRISTIN LITHOPOULOS<br>3388 RANCHO DIEGO CIRCLE<br>EL CAJON, CA 92019 | MOODY'S INVESTORS SERVICE INC.<br>ATTN: MATT MAIDHOFF<br>PO BOX 102597<br>ATLANTA, GA 30368-0597 |
| MTV REAL ESTATE LIMITED PARTNERSHIP<br>101 N ROBINSON AVENUE, SUITE 810<br>OKLAHOMA CITY, OK 73012 | NADLAN CORTEEN PLACE APARTMENTS, LLC<br>7461 BEVERLY BOULEVARD #202<br>LOS ANGELES, CALIFORNIA 90036 | NATALIE DELAGNES TALBOTT, ESQ.<br>DELAGNES, LINDER AND DUEY, LLP<br>300 MONTGOMERY STREET, SUITE 1050<br>SAN FRANCISCO, CA 94104-1999 |
| NEWS AMERICA MKTG FSI INC<br>ATTN: DOMINIC SORIA<br>PO BOX 7247-6168<br>PHILADELPHIA, PA 19170-6168 | NEXT DAY GOURMET<br>ATTN: MARC KAROS<br>5353 NATHAN LANE<br>PLYMOUTH, MN 55442 | NORTHGATE STATION<br>C/O DAVID F. WILSON<br>WOODYARD ENTERPRISES<br>13400 SATACOY STREET, SUITE 11<br>NORTH HOLLYWOOD, CA 91605 |
| NORTHGATE STATION<br>C/O DAVID F. WILSON, GENERAL PARTNER<br>PO BOX 6700<br>KETCHUM, ID 83340 | OFFICE OF THE U.S. TRUSTEE<br>ATTN: RICHARD SCHEPACARTER<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801 | OMEGA TRUST<br>ATTN: BRIAN SCHWEIN<br>250 LAKE DRIVE EAST<br>CHANHASSEN, MN 55317 |

| | | |
|---|---|---|
| PASSCO HUGHES PROMENADE H. LLC ET AL<br>C/O PASSCO PROPERTY MANAGEMENT, INC.<br>ATTN: ASSET MANAGER/ THE PROMENADE AT HOWA<br>96 CORPORATE PARK, SUITE 200<br>IRVINE, CA 92606 | PASSCO PROPERTY MANAGEMENT, INC.<br>ATTN: ROBERT CARMAN, GENERAL MANAGER<br>6081 CENTER DRIVE SUITE 202A<br>LOS ANGELES, CA 90045 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: CASSIE COPPAGE<br>600 PEACHTREE STREET NE<br>SUITE 2400<br>ATLANTA, GA 30308 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: JESSE H. AUSTIN, III, ESQ.<br>600 PEACHTREE STREET NE<br>TWENTY-FOURTH FLOOR<br>ATLANTA, GA 30308 | PDC COMMUNITY CENTERS LLC<br>C/O GENERAL GROWTH PROPERTIES INC.<br>110 NORTH WACKER DRIVE<br>CHICAGO, IL 60606<br>ATTORNEY TOM HORNACEK | PERK TAMPA LP<br>NORMAN J. BUHRMASTER VICE PRESIDENT<br>JAPPAH MANAGEMENT LLC<br>GENERAL PARTNER<br>9155 S. DADELAND BLVD. SUITE 1602<br>MIAMI, FL 33156 |
| PERKINS & MARIE CALLENDER'S INC.<br>ATTN: JOSEPH F. TRUNGALE<br>6075 POPLAR AVENUE, SUITE 800<br>MEMPHIS, TN 38119 | POMPANO BY THE SEA, LLC<br>ATTN: ENRIQUE FEFER<br>19333 COLLINS AVENUE, APT 1708<br>SUNNY ISLES BEACH, FL 33160 | R.S. HOYT JR., TRUSTEE<br>THE R.S. HOYT, JR. FAMILY TRUST<br>THE LIVINGSTON B. HOYT TRUST 1984<br>C/O RANDY S. WARNER AZ INDL PROPS, INC.<br>5202 SOUTH 40TH STREET<br>PHOENIX, AZ 85040 |
| R.W. SMITH & COMPANY<br>ATTN: KEN FOSTER<br>PO BOX 51847<br>LOS ANGELES, CA 90051-6147 | RAMON AND DIANE ABARCA<br>12941 W. HART STREET<br>BEACH PARK, IL 60087 | REALTY ASSOCIATES FUND VII, L.P.<br>C/O SHARON LITTEKEN<br>SANSONE GROUP<br>120 S. CENTRAL AVENUE, SUITE 500<br>ST. LOUIS, MO 63105-1705 |
| RENIERIS PROPERTIES HOLDINGS, INC.<br>ATTN: JERRY RENIERIS, PRESIDENT<br>80-18 192 STREET<br>JAMAICA ESTATES, NY 11423 | RICHARD G. EHIKIAN, TRUSTEE<br>EHIKIAN FAMILY RESIDUARY TRUST<br>1940 VALLEJO STREET #7<br>SAN FRANCISCO, CA 94123 | RICHARD & NINA K. JOHNSON, TRUSTEES<br>THE DICK AND NINA FAMILY TRUST DATED APRIL 5<br>38075 VIA MAJORCA<br>MURRIETA, CA 92562 |
| RITCHIE AND RITCHIE MANAGEMENT COMPAN<br>2059 MT. DIABLO BOULEVARD<br>WALNUT CREEK, CA 94596 | ROBERT MYKLAK, PRESIDENT<br>J.B.R. ENTERPRISES, INC.<br>PO BOX 373<br>COLORADO SPRINGS, CO 80901 | ROGER'S POULTRY CO.<br>ATTN: KARLA SANTIAGO<br>5050 S. SANTA FE AVENUE<br>VERNON, CA 90058 |
| RREEF AMERICA REIT II PORTFOLIO, LP<br>KELLY SHIFFER<br>SENIOR LEASING REPRESENTATIVE, RETAIL GROUP<br>1406 HALSEY WAY, SUITE 110<br>CARROLLTON, TX 75007 | RUSSELL M. AND MARY LOU BATE<br>13699 SARAHILLS DRIVE<br>SARATOGA, CA 95070 | SAN CHAE, LLC<br>ATTN: BILL C. AND SOO K. AN<br>33218 139TH TERRACE SE<br>AUBURN, WA 98092 |
| SCHULTE ROTH & ZABEL LLP<br>ATTN: ROBERT GOLDSTEIN<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | SECRETARY OF THE TREASURY<br>PO BOX 7040<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REGIONAL DIR.<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SEGURA INVESTORS X, LLC<br>AND SEGURA INVESTORS XI, LLC<br>ATTN: DENNIS GURA<br>2444 WILSHIRE BLVD., SUITE 501<br>SANTA MONICA, CA 90403 | SHAO HUA SHEN AND MEI HAN SHEN<br>1362 GRAND TERRACE<br>SAN RAFAEL, CA 94901 |
| SHOES FOR CREWS LLC<br>ATTN: MARY LANCE, VP OPERATIONS<br>250 SOUTH AUSTRALIAN AVENUE<br>WEST PALM BEACH, FL 33401 | SIERRA NEVADA DEVELOPERS, LLC<br>VIRGIL A. WEDGE, MEMBER<br>328 CALIFORNIA AVENUE, SUITE 1<br>RENO, NV 89509 | SKIDMORE SALES & DISTRIB. INC.<br>ATTN: KAREN DEWITT<br>3767 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3007 |
| SNYDER INVESTMENTS, LP<br>ATTN: CHARLES H. SNYDER<br>4870 NIAGARA AVENUE<br>SAN DIEGO, CALIFORNIA 92104 | SOUTHLAND MALL, LP<br>ATTN: GENERAL MANAGER<br>ONE SOUTHLAND MALL DRIVE<br>HAYWARD, CA 94545 | SPINARDI PROPERTIES, L.P.<br>ATTN: KAREN SPINARDI, TOM SPINARDI OR JEANN<br>PO BOX 1504<br>EL GRANADA, CA 94018 |

| | | |
|---|---|---|
| STATE OF DELAWARE<br>820 N. FRENCH STREET<br>DIVISION OF REVENUE 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | STEVEN C. KISER, ESQ.<br>366 SAN MIGUEL DRIVE, SUITE 312<br>NEWPORT BEACH, CA 92660 | SWEETNER SUPPLY CORP<br>ATTN: DAN RIESENBERG<br>PO BOX 848<br>AURORA, IL 60507-0848 |
| SYSCO<br>ATTN: ALICIA KESTELROOT<br>PO BOX 27638<br>SALT LAKE CITY, UT 84127-0638 | TALX CORPORATION<br>ATTN: KELLY BRECHMAN<br>3065 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | TAMALE KITCHEN, INC.<br>ROBERTO MONTES<br>15500 E. CENTRETECH PARKWAY<br>AURORA, CO 80011 |
| TAMALE KITCHEN, INC.<br>ROBERTO MONTES<br>5350 W. EVANS AVENUE, UNIT F<br>DENVER, CO 80227 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE, SUCCESSOR TO BANK OF NEW YORK<br>ATTN: JOHN GUILIANO<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | THOMAS G. SELL, TRUSTEE<br>THE THOMAS G. SELL LIVING TRUST, P.O. BOX 5381<br>CAREFREE, AZ 85377 |
| TIMOTHY G. SHEEHAN, AS TRUSTEE OF THE SHEEHA FAMILY TRUST DATED 6/26/2001<br>C/O CYPRESS PROPERTIES INCORPORATED<br>2191 E. BAYSHORE ROAD, SUITE 220<br>PALO ALTO, CA 94303 | TOM HORNACEK, ESQ.<br>GENERAL GROWTH PROPERTIES, INC.<br>110 N WACKER DRIVE<br>CHICAGO, IL 60606 | TOOF COMMERCIAL PRINTING<br>ATTN: ANDY OVERTON<br>PO BOX 140539<br>MEMPHIS, TN 38114 |
| TRI STATE CAKES<br>ATTN: ALVIN D. KUPER<br>3400 S DULUTH<br>SIOUX FALLS, SD 57105 | TROUTMAN SANDERS LLP<br>ATTN: BRETT D. GOODMAN, ESQ.<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | TROUTMAN SANDERS LLP<br>ATTN: MITCHEL H. PERKIEL, ESQ.<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 |
| TRUSTAFF PERSONNEL SERVICES<br>ATTN: LYNN DORN<br>4270 GLENDALE-MILFORD ROAD<br>CINCINNATI, OH 45242 | U.S. ATTORNEY'S OFFICE<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTN: ELLEN SLIGHTS<br>1007 ORANGE STREET, SUITE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899 | US FOOD SERVICE INC.<br>ATTN: ANNE CAIRNCROSS<br>2864 EAGENDALE BLVD.<br>EAGEN, MN 55121 |
| WAWONA FROZEN FOODS<br>ATTN: SUSAN KENDALL<br>PO BOX 49330<br>SAN JOSE, CA 95161-9330 | WAYZATA INVESTMENT PARTNERS<br>ATTN: RAY WALLENDER, ESQ.<br>701 EAST LAKE STREET, SUITE 300<br>WAYZATA, MN 55391 | YASUKA AOKI-CARNACHAN<br>501 VIA CASITAS #416<br>GREENBRAE, CA 94904 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: ROBERT F. POPPITI, JR.<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: ROBERT S. BRADY<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | |

Creditors: 155