UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Perkins & Marie Callender's Inc., *et al.* | : | Case No. 11-11795 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Coca-Cola Company**, Attn: Joseph Johnson, Esq., PO Box 1734 Mailstop NAT 2008, Atlanta GA 30313, Phone: 404-676-4150, Fax: 404-598-4150

2. **Wilmington Trust Company**, Attn: Patrick J. Healy, Rodney Square North, 1100 North Market Street, Wilmington DE 19890, Phone: 302-636-6391, Fax: 302-636-4149

3. **Standard General Master Fund LP**, Attn: Joseph Mause, 650 Madison Avenue, 23rd Floor, New York, NY 10022, Phone: 212-610-9177, Fax: 212-610-9094

4. **News America Marketing**, Attn: Joseph M Borrow, 20 Westport Road, Wilton CT 06897, Phone: 203-563-6304, Fax: 203-563-6736

5. **Luna Family Trust**, Attn: Ingrid Meno, 9274 Camino Paz Lane, La Mesa CA 91941, Phone: 619-469-1831

6. **Northgate Station, LP**, Attn: David F. Wilson, PO Box 6770, Ketchum ID 83340 Phone: 208-726-9776, Fax: 208-726-1419

7. **Benjamin Monroy**, 5344 E. Audrie Avenue, Fresno CA 93727, Phone: 559-790-2082

        ROBERTA A. DEANGELIS
        United States Trustee, Region 3

        /s/ Richard Schepacarter, for
        T. PATRICK TINKER
        ASSISTANT UNITED STATES TRUSTEE

DATED: June 24, 2011

OUST Attorney: Richard L. Schepacarter Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert S. Brady, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253