# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERKINS & MARIE CALLENDER'S INC., *et al.* | Case No. 11-11795 (KG) |
| Debtors, | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Ropes & Gray LLP and Landis Rath & Cobb LLP, as proposed counsel for the Official Committee of Unsecured Creditors of Perkins & Marie Callender's, Inc. (the "Committee"), hereby enter their appearances pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Richard S. Cobb, Esquire<br>William E. Chipman, Jr., Esquire<br>Mark D. Olivere, Esquire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:   cobb@lrclaw.com<br>            chipman@lrclaw.com<br>            olivere@lrclaw.com | Benjamin L. Schneider, Esquire<br>Mark R. Somerstein, Esquire<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email:   benjamin.schneider@ropesgray.com<br>          mark.somerstein@ropesgray.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

{894.001-W0015409.}

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: June 30, 2011  
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

    */s/ William E. Chipman, Jr.*  
Richard S. Cobb (No. 3157)  
William E. Chipman, Jr. (No. 3818)  
Mark D. Olivere (No. 4291)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone:    (302) 467-4400  
Facsimile:    (302) 467-4450  

- and -

Benjamin L. Schneider, Esquire  
Mark R. Somerstein, Esquire  
**ROPES & GRAY LLP**  
1211 Avenue of the Americas  
New York, New York 10036-8704  
Telephone:    (212) 596-9000  
Facsimile:    (212) 596-9090  

*Proposed Counsel for the Official Committee of Unsecured Creditors*