# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Perkins & Marie Callender's, Inc., ET AL.,**          Case No. **11-11795**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Americhek Inc** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A<br>Amount of Claim: **$1,135.00**<br>Date Claim Filed: N/A |
| **SONAR CREDIT PARTNERS, LLC**<br>**200 BUSINESS PARK DRIVE, SUITE 201**<br>**ARMONK, NY 10504** | |
| Phone: **(914) 730-1005**<br>Last Four Digits of Acct #: N/A | Phone: N/A<br>Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br><br>Americhek Inc<br>27001 LA PAZ RD<br>SUITE 278B<br>MISSION VIEJO, CA 92691, |
| Phone: N/A<br>Last Four Digits of Acct #: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                              Date: 7/19/2011
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: Marie Callender Pie Shops, Inc. ("Debtor"), Case No. 11-11801
(Jointly Administered under Perkins & Marie Callender's, Inc., Case No. 11-11795)

Schedule # (if known): _____

**AMERICHEK INC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$1,135.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July __18__, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: _____ | Signature: _____ |
| Name: Bob Visnay | Name: Michael Goldberg |
| Title: President | Title: Managing Member |
| Date: 7-18-11 | Date: 7-19-11 |

B6F (Official Form 6F) (12/07) - Cont.

MARIE CALLENDER PIE SHOPS, INC. — 11-11801
Debtor — Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AMALGAMATED SUGAR COMPANY<br>P.O. BOX 809143<br>CHICAGO, IL 60680-9143 | | | TRADE PAYABLE | | | | $68,874.94 |
| ACCOUNT NO.<br>AMERICAN BOILER WORKS CO.<br>2036 N. GILBERT RD., SUITE #2<br>PMB 419<br>MESA, AZ 85203 | | | TRADE PAYABLE | | | | $2,194.45 |
| ACCOUNT NO.<br>AMERICAN CANCER SOCIETY<br>1723 ARROYO SECO DR.<br>VENTURA, CA 93004 | | | TRADE PAYABLE | | | | $535.98 |
| ACCOUNT NO.<br>AMERICAN JETTING SERVICES<br>P.O. BOX 3674<br>SCOTTSDALE, AZ 85271-3674 | | | TRADE PAYABLE | | | | $295.00 |
| ACCOUNT NO.<br>AMERICAN PUMPING SER.<br>P.O. BOX 6899<br>GLENDALE, AZ 85312-6899 | | | TRADE PAYABLE | | | | $440.00 |
| ACCOUNT NO.<br>AMERICA'S PARTY RENTAL<br>3217 ORANGE GROVE AVE STE A<br>N.HIGHLANDS, CA 95660 | | | TRADE PAYABLE | | | | $684.56 |
| ACCOUNT NO.<br>AMERICHEK<br>27001 LA PAZ RD<br>SUITE 278B<br>MISSION VIEJO, CA 92691 | | | TRADE PAYABLE | | | | $1,135.00 |
| ACCOUNT NO.<br>AMERICHOICE, INC<br>5 MOCKINGBIRD COVE<br>JACKSON, TN 38305 | | | TRADE PAYABLE | | | | $175.15 |

Page 15 of 209

Subtotal (Total of this page) $74,335.08