# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re: **Perkins & Marie Callender's, Inc., ET AL.,**　　　　　Case No. **11-11795**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Censource, Inc.** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A |
| | Amount of Claim: **$2,525.39** |
| **SONAR CREDIT PARTNERS, LLC** | Date Claim Filed: N/A |
| **200 BUSINESS PARK DRIVE, SUITE 201** | |
| **ARMONK, NY 10504** | |
| | |
| Phone: **(914) 730-1005** | Phone: N/A |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct. #: N/A |
| | |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: |
| | Censource, Inc. |
| | 1790 N. CASE ST. |
| | ORANGE, CA 92865 |
| Phone: N/A | |
| Last Four Digits of Acct #: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg　　　　　　　　　　　Date: 7/25/2011
　　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO:   Marie Callender Pie Shops, Inc. ("Debtor"), Case No. 11-11801
(Jointly Administered under Perkins & Marie Callender's, Inc., Case No. 11-11795)

Claim # (if known): _____

**CENSOURCE, INC.**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **SONAR CREDIT PARTNERS, LLC**
    200 Business Park Drive
    Suite 201
    Armonk, NY 10504
    Attn: Michael Goldberg
    Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,525.39 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 20, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: *[signature]* | Signature: *[signature]* |
| Name: TIMOTHY D. PITTS | Name: Michael Goldberg |
| Title: President | Title: Managing Member |
| Date: July 20, 2011 | Date: 7/25/11 |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CENSOURCE, INC.<br>1790 N. CASE ST.<br>ORANGE, CA 92865 | | | TRADE PAYABLE | | | | $2,525.39 |
| ACCOUNT NO.<br>CENTEX HOMES<br>C/O STAUBACH REAL ESTATE ADMINISTRATION<br>15660 N DALLAS PARKWAY<br>SUITE 1200<br>DALLAS, TEXAS 75248 | | | PROPERTY LEASE | | X | | $16,740.05 |
| ACCOUNT NO.<br>CENTIMARK CORP.<br>P.O. BOX 360093<br>PITTSBURGH, PA 15251-6093 | | | TRADE PAYABLE | | | | $113.64 |
| ACCOUNT NO.<br>CENTRAL ALARM<br>P.O. BOX 5506<br>TUCSON, AZ 85703 | | | TRADE PAYABLE | | | | $149.83 |
| ACCOUNT NO.<br>CENTRAL COAST DISTRIBUTING<br>P.O. BOX 1850<br>SANTA MARIA, CA 93456-1850 | | | TRADE PAYABLE | | | | $257.45 |
| ACCOUNT NO.<br>CENTRAL VALLEY REFRIGERATION<br>P.O. BOX 1567<br>TULARE, CA 93275 | | | TRADE PAYABLE | | | | $2,152.21 |
| ACCOUNT NO.<br>CENTRAL WELDING SUPPLY, INC<br>P.O. BOX 179<br>NORTH LAKEWOOD, WA 98259 | | | TRADE PAYABLE | | | | $130.30 |
| ACCOUNT NO.<br>CENTURYLINK/EMBARQ - EFT | | | UTILITY PROVIDER | | X | | $0.00 |

Page 39 of 209

Subtotal (Total of this page) $22,068.87