# UNITED STATES BANKRUPTCY COURT
District of Delaware

<u>In re: **Perkins & Marie Callender's, Inc., ET AL.,**</u>  <u>Case No. 11-11795</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **<u>SONAR CREDIT PARTNERS, LLC</u>** | **<u>Hydrolon Industrial Water</u>** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **<u>(914) 730-1005</u>**
Last Four Digits of Acct #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>

Court Claim # (if known): N/A
Amount of Claim: <u>**$2,302.63**</u>
Date Claim Filed: N/A

Phone: <u>N/A</u>
Last Four Digits of Acct. #: <u>N/A</u>

Name and Current Address of Transferor:

Hydrolon Industrial Water
P.O. Box 347
Etiwanda, CA 91739

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: <u>/s/Michael Goldberg</u>      Date: <u>7/25/2011</u>
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO:    Marie Callender Pie Shops, Inc. ("Debtor"), Case No. 11-11801
(Jointly Administered under Perkins & Marie Callender's, Inc., Case No. 11-11795)

Claim # (if known):

**HYDROLON INDUSTRIAL WATER**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **SONAR CREDIT PARTNERS, LLC**
        200 Business Park Drive
        Suite 201
        Armonk, NY 10504
        Attn: Michael Goldberg
        Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$2,302.63** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July __21__, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: _[signature]_ | Signature: _[signature]_ |
| Name: PATRICK M COLLINS | Name: Michael Goldberg |
| Title: PRES/CEO | Title: Managing Member |
| Date: 21 JULY 2011 | Date: 7/21/11 |

4 of 5

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HUMIDITY CONTROL SYSTEMS<br>P.O.BOX 21066<br>CARSON CITY, NV 89723 | | | TRADE PAYABLE | | | | $210.00 |
| ACCOUNT NO.<br>HUNTER-DAVISSON,INC<br>1800 PERSHING STREET<br>PORTLAND, OR 97202 | | | TRADE PAYABLE | | | | $1,205.00 |
| ACCOUNT NO.<br>HYDE CHILDREN FAMILY PARTNERSHIP I AND DAVID G. HYDE,<br>TRUSTEE<br>TRUST B U/T/W OF CB HYDE<br>C/O BRIAN HYDE OR DAVID HYDE<br>3330 W. MINERAL KING, SUITE F<br>VISALIA, CA 93291 | | | PROPERTY LEASE<br>350 SOUTH MOONEY BOULEVARD<br>VISALIA, CA 93291 | | X | | $7,562.50 |
| ACCOUNT NO.<br>HYDROLON INDUSTRIAL WATER<br>P.O. BOX 347<br>ETIWANDA, CA 91739 | | | TRADE PAYABLE | | | | $2,302.63 |
| ACCOUNT NO.<br>IDAHO POWER<br>P.O. BOX 34966<br>SEATTLE, WA 98124-1966 | | | UTILITY PROVIDER | | X | | $1,682.56 |
| ACCOUNT NO.<br>IMPECCABLE LANDSCAPES<br>20909 E. EUCLID AVE.<br>OTIS ORCHARDS, WA 99027 | | | TRADE PAYABLE | | | | $1,009.06 |
| ACCOUNT NO.<br>INDEPENDENT FIRE & SAFETY CO<br>P.O. BOX 22723<br>BAKERSFIELD, CA 93390 | | | TRADE PAYABLE | | | | $378.00 |
| ACCOUNT NO.<br>INDUSTRIAL ELECTRIC SERVICE<br>5662 ENGINEER DR.<br>HUNTINGTON BCH, CA 92649-1124 | | | TRADE PAYABLE | | | | $739.55 |

Page 95 of 209     Subtotal (Total of this page)     $15,089.30