| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| PERKINS & MARIE CALLENDERS INC | } Chapter 11 |
|  | } |
|  | } |
|  | } |
|  | } Case No. |
|  | } 11-11795 |
| Debtor | } Amount **$2,168.42** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**KELLER FIRE & SAFETY INC**
**1138 KANSAS AVE**
**KANSAS CITY, KS 66105**

The transfer of your claim as shown above in the amount of **$2,168.42** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Michael Handler
    Liquidity Solutions Inc
    (201) 968-0001

497932

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KDWA/1460 AM INC<br>514 VERMILLION ST<br>HASTINGS, MN 55033 | | | TRADE PAYABLE | | | | $227.00 |
| ACCOUNT NO.<br>KEEPING IT CLEAN<br>P.O. BOX 1404<br>COLLIERVILLE, TN 38017 | | | TRADE PAYABLE | | | | $390.00 |
| ACCOUNT NO.<br>KEHART PECKERT & BOOTH<br>ATTORNEYS AT LAW<br>P.O. BOX 860<br>DECATUR, IL 62525-0860 | | | TRADE PAYABLE | | | | $1,087.50 |
| ACCOUNT NO.<br>KEITHS SANITATION SERVICE, INC.<br>P.O. BOX 268<br>CLEAR LAKE, IA 50428 | | | UTILITY PROVIDER | | X | | UNKNOWN |
| ACCOUNT NO.<br>KELLER FIRE & SAFETY INC<br>1138 KANSAS AVE<br>KANSAS CITY, KS 66105 | | | TRADE PAYABLE | | | | $2,168.42 |
| ACCOUNT NO.<br>KEN'S DRESSING<br>P.O. BOX 849<br>MARLBOROUGH, MA 01752 | | | CONTRACT/AGREEMENT<br>SALAD DRESSING | | | | $0.00 |
| ACCOUNT NO.<br>KENDALL FROZEN FRUITS, INC<br>9777 WILSHIRE BLVD # 818<br>BEVERLY HILLS, CA 90212 | | | TRADE PAYABLE | | | | $129,510.15 |
| ACCOUNT NO.<br>KENEXA TECHNOLOGY INC<br>P.O. BOX 827674<br>PHILADELPHIA, PA 19182-7674 | | | TRADE PAYABLE | | | | $30.00 |

Subtotal (Total of this page) **$133,413.07**

**TRANSFER NOTICE**

KELLER FIRE & SAFETY INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Perkins & Marie Callender's, Inc., et al. ("Debtor"), in the aggregate amount of $3,326.46 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered under Case No. 11-11795

IN WITNESS WHEREOF, Assignor has signed below as of the 20th day of July, 2011.

KELLER FIRE & SAFETY INC

By: _____
(Signature)

Craig R Schrag, Pres.
(Print Name and Title)

Liquidity Solutions, Inc.

_____
(Signature)

Michael Handler
(Print Name and Title)

[Notary seal: DIANE C. BAYER, NOTARY PUBLIC, STATE OF KANSAS]

497932