| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| PERKINS & MARIE CALLENDERS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-11795 |
| Debtor | } Amount **$3,437.50** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DISTINCTIVE WINDOW CLEANING LLC**
**PO BOX 494546**
**PORT CHARLOTTE, FL 33949**

The transfer of your claim as shown above in the amount of **$3,437.50** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Michael Handler
    Liquidity Solutions Inc
    (201) 968-0001

497942

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DISH NETWORK<br>DEPT 0063<br>PALATINE, IL 60055-0063 | | | TRADE PAYABLE | | | | $206.19 |
| ACCOUNT NO.<br>DISTINCTIVE WINDOW CLEANING LL<br>P.O. BOX 494546<br>PORT CHARLOTTE, FL 33949-4546 | | | TRADE PAYABLE | | | | $3,437.50 |
| ACCOUNT NO.<br>DIVERSEY<br>1760 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | TRADE PAYABLE | | | | UNKNOWN |
| ACCOUNT NO.<br>DIVERSIFIED MECHANICAL INC.<br>329 N. WESTERN<br>PEORIA, IL 61604 | | | TRADE PAYABLE | | | | $2,155.00 |
| ACCOUNT NO.<br>DIVISION OF HOTELS & RESTRNTS.<br>4100 CENTER POINTE DR STE 107<br>DPT BUSINESS & PROF REGULATION<br>FT. MYERS, FL 33916-9460 | | | TRADE PAYABLE | | | | $150.00 |
| ACCOUNT NO.<br>DJ-9, INC<br>ATTN: DAVID M. D'ONOFRIO<br>2011 W. CLEVELAND STREET, STE. E<br>TAMPA, FL 33606 | | | PROPERTY LEASE | | | X | $19,655.22 |
| ACCOUNT NO.<br>DLP FOODS INC.<br>DEBRA PEDRO<br>1829 N. SAINT PAUL RD.<br>ST. PAUL MN 55109 | | | LICENSE AGREEMENT<br>1829 N SAINT PAUL RD.<br>MAPLEWOOD MN 55109 | | | | $0.00 |
| ACCOUNT NO.<br>DOBBERPUHL, MICHELLE L<br>1148 PETRA PLACE 6<br>MADISON, WI 53713 | | | WORKERS COMPENSATION | X | X | X | $0.00 |

Subtotal (Total of this page) **$25,603.91**

## TRANSFER NOTICE

DISTINCTIVE WINDOW CLEANING LL ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Perkins & Marie Callender's, Inc., et al. ("Debtor"), in the aggregate amount of $4,312.35 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered under Case No. 11-11795

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2011.

DISTINCTIVE WINDOW CLEANING LL                              Liquidity Solutions, Inc.

By: Richard S. Tarter                                        _____
(Signature)                                                  (Signature)

Richard S. Tarter, Owner                                     Michael Handler
(Print Name and Title)                                       (Print Name and Title)

497942