United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| MARIE CALLENDER PIE SHOPS, INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-11801 |
| Debtor | } Amount **$1,550.00** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**HERRERA'S CARPET CLEANING**
**920 RIVER PARK DRIVE**
**SAN JOSE, CA 95111**

The transfer of your claim as shown above in the amount of **$1,550.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3272606

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HERNANDEZ, CANDELARIA<br>2339 W. NORTHERN #114<br>PHOENIX, AZ 85021 | | | WORKERS COMPENSATION | X | X | X | $0.00 |
| ACCOUNT NO.<br>HERNANDEZ, MARIA<br>3994 ELLIS ST<br>CORONA, CA 92879 | | | WORKERS COMPENSATION | X | X | X | $0.00 |
| ACCOUNT NO.<br>HERRERA, DARWIN<br>2104 SAINT HELLENS AVE<br>APT A<br>BAKERSFIELD, CA 93304 | | | WORKERS COMPENSATION | X | X | X | $0.00 |
| ACCOUNT NO.<br>HERRERA'S CARPET CLEANING<br>920 RIVER PARK DRIVE<br>SAN JOSE, CA 95111 | | | TRADE PAYABLE | | | | $1,550.00 |
| ACCOUNT NO.<br>HEYS PLUMBING<br>P.O. BOX 801555<br>SANTA CLARITA, CA 91380-1555 | | | TRADE PAYABLE | | | | $353.75 |
| ACCOUNT NO.<br>HISCHIER, JAMES P.<br>LANDSCAPE & MAINTENANCE<br>P.O. BOX 365<br>ESCALON, CA 95320 | | | TRADE PAYABLE | | | | $1,092.00 |
| ACCOUNT NO.<br>HJD CAPITAL ELECTRIC, INC.<br>5424 W. HWY 90<br>SAN ANTONIO, TX 78227 | | | TRADE PAYABLE | | | | $162.20 |
| ACCOUNT NO.<br>HOBART CORP<br>7050 VILLAGE DR #B<br>BUENA PARK, CA 90621 | | | TRADE PAYABLE | | | | $1,965.35 |

Subtotal (Total of this page)   $5,123.30

**TRANSFER NOTICE**

Herrera's Carpet Cleaning ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **MARIE CALLENDER PIE SHOPS, INC.** (the "Debtor"), in the aggregate amount of $46.25 representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 11-11801.

IN WITNESS WHEREOF, Assignor has signed below as of the 25 day of 7, 2011

$1550.00

Herrera's Carpet Cleaning

_____
(Signature)

Mauro Herrera
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Michael Handler

MARIE CALLENDER PIE SHOPS, INC.
Herrera's Carpet Cleaning

3272606