United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| MARIE CALLENDER PIE SHOPS, INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-11801 |
| Debtor | } Amount **$1,000.00** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**FAMILY PLANNER**
**P.O. BOX 272**
**OREM, UT 84059**

The transfer of your claim as shown above in the amount of **$1,000.00** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By/s/Michael Handler
       Liquidity Solutions Inc
       (201) 968-0001

3272710

**MARIE CALLENDER PIE SHOPS, INC.**     11-11801
Debtor     Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EVERSOFT<br>707 W. 16TH STREET<br>LONG BEACH, CA 90813 | | | TRADE PAYABLE | | | | $2,327.23 |
| ACCOUNT NO.<br>EXELON ENERGY, IL<br>21425 NETWORK PLACE<br>CHICAGO, IL 60673-1214 | | | UTILITY PROVIDER | | X | | $0.00 |
| ACCOUNT NO.<br>EXPRESS LIGHTING/A-1 ELECTRIC<br>8200 W.DOE AVE<br>VISALIA, CA 93291 | | | TRADE PAYABLE | | | | $1,206.89 |
| ACCOUNT NO.<br>EYEWORKS STUDIO, INC<br>490 OLD RANCH ROAD<br>SEAL BEACH, CA 90740 | | | TRADE PAYABLE | | | | $9,905.00 |
| ACCOUNT NO.<br>EZEQUIEL ELECTRIC, INC<br>PO BOX 3739<br>SAN BERNARDINO, CA 92413 | | | TRADE PAYABLE | | | | $1,339.09 |
| ACCOUNT NO.<br>F & H LANDSCAPING & MAINTENANC<br>17810 CALLE HERMOSA<br>MORGAN HILL, CA 95037 | | | TRADE PAYABLE | | | | $1,700.00 |
| ACCOUNT NO.<br>FACILITEC WEST<br>1536 W. 25TH ST. #168<br>SAN PEDRO CA. 90732 | | | CONTRACT/AGREEMENT<br>HOOD CLEANING | | | | $0.00 |
| ACCOUNT NO.<br>FAMILY PLANNER<br>P.O. BOX 272<br>OREM, UT 84059 | | | TRADE PAYABLE | | | | $1,000.00 |

Page 75 of 209      Subtotal     **$17,478.21**
(Total of this page)

**TRANSFER NOTICE**

Family Planner ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **MARIE CALLENDER PIE SHOPS, INC.** (the "Debtor"), in the aggregate amount of **$1,000.00,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 11-11801.

IN WITNESS WHEREOF, Assignor has signed below as of the 8 day of July, 2011

Family Planner

[signature]
(Signature)

Clint Knapp owner
(Print Name and Title)

[signature]
Liquidity Solutions, Inc.

MARIE CALLENDER PIE SHOPS, INC.
Family Planner

3272710