**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------X
)
In re:                                                  )
                                                        )                Chapter 11
  **Perkins & Marie Callender's Inc.**                  )
                                                        )                Case No.      11-11795
                                         Debtor.        )
                                                        )
---------------------------------------------------------X


# WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(2)

Archon Bay Capital, LLC ("Archon") hereby withdraws its Notice of Transfer of Claim filed on August 16, 2011 pursuant to FRBP Rule 3001 (e)(2).

Archon further stipulates and requests that all distributions or notices in respect of the Claim in the amount of $853.44 be sent to the Seller at the following address:

Service Master of Story County
P.O. Box 1939
Ames, IA  50010


This 19th day of August, 2011.


/s/ David P. Tonner
David P. Tonner
Archon Bay Capital, LLC
P.O. Box 14610
Surfside Beach, SC  29587