United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Perkins & Marie Callender's Inc., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-11795 |
| Debtor | } Amount **$2,108.57** |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**AIRE-MASTER OF EASTERN IOWA**
**P.O. BOX 206**
**SWISHER, IA 52338**

The transfer of your claim as shown above in the amount of **$2,108.57** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3272272

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AIRE-MASTER OF EASTERN IOWA** <br> **P.O. BOX 206** <br> **SWISHER, IA 52338** | | **TRADE PAYABLE** | | | | **$2,108.57** | | | | **$2,108.57** |
| ACCOUNT NO. <br> **AIRE-MASTER OF MN** <br> **P.O. BOX 43785** <br> **BROOKLYN PARK, MN 55443** | | TRADE PAYABLE | | | | $1,926.08 | | | | $2,326.11 |
| ACCOUNT NO. <br> **AIRES** <br> **ATTN: P.O. BOX 200264** <br> **500 ROSS STREET 154-0455** <br> **PITTSBURG, PA 15250** | | TRADE PAYABLE | | | | $51,798.00 | | | | DELETED |
| ACCOUNT NO. <br> **AIR-FLO SERVICES, INC.** <br> **592 S.E. VOLKERTS TERRACE** <br> **PORT ST. LUCIE, FL 34983** | | TRADE PAYABLE | | | | $1,922.00 | | | | $1,922.00 |
| ACCOUNT NO. <br> **AIRGAS INC** <br> **P.O. BOX 802576** <br> **CHICAGO, IL 60680-2576** | | TRADE PAYABLE | | | | $268.22 | | | | $216.76 |
| ACCOUNT NO. <br> **AIRGAS NORTH CENTRAL** <br> **P.O. BOX 802588** <br> **CHICAGO, IL 60680-2588** | | TRADE PAYABLE | | | | $112.67 | | | | $55.41 |

Page 16 of 509

Subtotal (Total of this page): $58,135.54     $6,628.85

## TRANSFER NOTICE

Aire-master Of Eastern Iowa ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Perkins & Marie Callender's Inc., et al.** (the "Debtor"), in the aggregate amount of **$2,108.57**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 11-11795.

IN WITNESS WHEREOF, Assignor has signed below as of the __12__ day of __August__, 2011

Aire-master Of Eastern Iowa

_____
(Signature)

Melvin Welch
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Michael Handler

Perkins & Marie Callender's Inc., et al.
Aire-master Of Eastern Iowa


3272272