United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Perkins & Marie Callender's Inc., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-11795 |
| Debtor | } Amount **$1,445.00** |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**LEEPCO**
**1414 S.WINONA WAY**
**DENVER, CO 80219**

The transfer of your claim as shown above in the amount of **$1,445.00** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

3272173

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LEE PHYSICIAN SERVICES <br> P.O. BOX 2147 <br> FT MYERS, FL 33902-2147 | | TRADE PAYABLE | | | | $65.00 | | | | $65.00 |
| ACCOUNT NO. <br> LEEPCO <br> 1414 S.WINONA WAY <br> DENVER, CO 80219 | | TRADE PAYABLE | | | | $1,445.00 | | | | $1,445.00 |
| ACCOUNT NO. <br> LEES SUMMIT WATER UTILITY <br> P.O. BOX 219306 <br> KANSAS CITY, MO 64121-9306 | | UTILITY PROVIDER | X | | | $526.32 | X | | | $526.32 |
| ACCOUNT NO. <br> LEGACY CARPET CLEANING OF KANSAS LLC <br> 6115 WESTGATE ST. <br> SHAWNEE, KS 66216 | | TRADE PAYABLE | | | | $1,485.00 | | | | $1,485.00 |
| ACCOUNT NO. <br> LEGACY PLUMBING COMPANY, INC <br> 1200 NATE COVE <br> CORDOVA, TN 38018 | | TRADE PAYABLE | | | | NEWLY SCHEDULED | | | | $447.00 |
| ACCOUNT NO. <br> LENNOX INDUSTRIES <br> P.O. BOX 910549 <br> DALLAS, TX 75391-0549 | | TRADE PAYABLE | | | | $11,171.17 | | | | $4,091.25 |

Page 273 of 509

Subtotal (Total of this page): $14,692.49 | $8,059.57

**TRANSFER NOTICE**

Leepco ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Perkins & Marie Callender's Inc.**, et al. (the "Debtor"), in the aggregate amount of $1,445.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 11-11795. $1,445.00

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2011

Leepco

_____
(Signature)

Cory Leeper   President
(Print Name and Title)

_____
Liquidity Solutions, Inc.

Michael Handler

Perkins & Marie Callender's Inc., et al.
Leepco

3272173