Form 210A (12/09)

# United States Bankruptcy Court

## District Of Delaware

In re: Marie Callender Pie Shops, Inc.    Case No. 11-11795

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Fair Liquidity Partners, LLC</u>
Name of Transferee

<u>Purfect Packaging</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Fair Liquidity Partners, LLC
1777 Saratoga Ave. # 106
San Jose, CA 95129
Phone: <u>(408) 973-0600</u>

Name and Address where notices to transferor should be sent:

Purfect Packaging
Attn: Marlene
5420 Brooks Street
Montclair, CA 91763
Phone: <u>(909)460-7363</u>

Last Four Digits of Acct#: _____

Court Claim # (if known) <u>n/a</u>
Amount of Claim: <u>$1,505.55</u>
Date Claim Filed: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Maya Krish</u>    Date: <u>8/22/2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# FAIR LIQUIDITY PARTNERS, LLC

1777 Saratoga Ave
Suite #106
San Jose, CA 95129
(408) 973-0650

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | Chapter 11 |
| Perkins and Marie Callender's Inc., et al. | Case No. 11-11795-KG |
| Debtor.<br>Marie Callender Pie Shops, Inc. | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE
Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled unsecured claim of PURFECT PACKAGING ("Transferor") against the Debtor in the amount of **$1,505.55**, as listed within the Schedule of Assets and Liabilities, and all claims of Transferor have been transferred and assigned other than for security to Fair Liquidity Partners, LLC. The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights thereunder to Fair Liquidity Partners, LLC upon terms as set forth herein and in the offer letter received. I authorize Fair Liquidity Partners, LLC to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,505.55 and has not been previously disallowed, objected to, sold, or satisfied. Upon notification by Fair Liquidity Partners, LLC, I agree to reimburse Fair Liquidity Partners, LLC a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, Fair Liquidity Partners, LLC assumes all risks associated with the debtors' ability to distribute funds. I agree to deliver to Fair Liquidity Partners, LLC any correspondence or payments received subsequent to the date of this agreement and authorize Fair Liquidity Partners, LLC to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**Transferor:**
PURFECT PACKAGING, 5420 BROOKS STREET, MONTCLAIR, CA 91763

Signature: _/s/ Marlene Blazys_   Date: 8-18-11
Name: Marlene BLAZYS   Phone: 909 4607363
Title: CFO   Fax: 909 4607366

**Transferee:**
Fair Liquidity Partners, LLC, 1777 Saratoga Ave. #106, San Jose, CA 95129

Signature: _/s/ Maya Krish_   Date: 8/26/11
Name: Maya Krish
Title: Vice President, Credit