# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Perkins & Marie Callender's, Inc., ET AL.,**   Case No. **11-11795**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Beckman Services Inc** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): N/A
Amount of Claim: **$1,342.00**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Beckman Services Inc
7661 Fields Ertel Rd
Cincinnati, OH 45241

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg          Date: 8/31/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court ("Bankruptcy Court")
              District of Delaware
              Attn: Clerk

AND TO:   Perkins & Marie Callender's, Inc.("Debtor"), Case No. 11-11795

Claim # (if known):

**BECKMAN SERVICES INC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

      **SONAR CREDIT PARTNERS, LLC**
      200 Business Park Drive
      Suite 201
      Armonk, NY 10504
      Attn: Michael Goldberg
      Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $1,342.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August __31__, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: *Teresa Johnson* | Signature: *Michael Goldberg* |
| Name: Teresa Johnson | Name: Michael Goldberg |
| Title: General Manager | Title: Managing Member |
| Date: 8/31/11 | Date: 8/31/11 |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | ORIGINAL CONTINGENT | ORIGINAL UNLIQUIDATED | ORIGINAL DISPUTED | ORIGINAL SCHEDULE AMOUNT | AMENDED CONTINGENT | AMENDED UNLIQUIDATED | AMENDED DISPUTED | AMENDED SCHEDULE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BECKMAN SERVICES INC<br>7661 FIELDS ERTEL RD<br>CINCINNATI, OH 45241 | | TRADE PAYABLE | | | | NEWLY SCHEDULED | | | | $1,342.00 |
| ACCOUNT NO.<br>BEE CLEAN CARPET CLEANERS, INC<br>3215 E. SOUTHERN HILLS BLVD<br>SPRINGFIELD, MO 65804-2819 | | TRADE PAYABLE | | | | $285.00 | | | | $285.00 |
| ACCOUNT NO.<br>BELTRAM SOUTH<br>2849 FOWLER ST.<br>FT MYERS, FL 33901 | | TRADE PAYABLE | | | | $377.17 | | | | $332.65 |
| ACCOUNT NO.<br>BELZ INVESTCO, LP<br>CATHY CHESTEEN, ASSET MANAGER<br>100 PEABODY PLACE SUITE 1400<br>MEMPHIS, TN 38103 | | PROPERTY LEASE | X | | | $3,333.33 | X | | | $3,333.33 |
| ACCOUNT NO.<br>BEMIS CO. INC<br>PO BOX 75100<br>CHARLOTTE, NC 28275 | | TRADE PAYABLE | | | | $0.00 | | | | $0.00 |
| ACCOUNT NO.<br>BEMIS CO. INC.-CROSSETT<br>P.O. BOX 75100<br>CHARLOTTE, NC 28275 | | TRADE PAYABLE | | | | $15,115.72 | | | | $15,115.72 |

Page 53 of 509

Subtotal (Total of this page) $19,111.22 $20,408.70