# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERKINS & MARIE CALLENDER'S INC.,[1] et al., | Case No. 11-11795 (KG) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 28, 2011 AT 12:00 P.M. (ET)

### MATTER GOING FORWARD

1. Motion of the Official Committee of Unsecured Creditors for Authority to Commence Certain Actions on Behalf of and for the Benefit of the Debtors' Estates [Docket No. 996, 9/21/11]

   Objection Deadline: September 27, 2011 at 5:00 p.m. (ET)

   Related Document:

   a) Notice of Motion and Hearing [Docket No. 1000, 9/21/11]

   Objections Filed: None as of the filing of this Agenda.

   Status: This matter will be going forward.

Dated: September 26, 2011  YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware
By: /s/ Robert F. Poppiti, Jr.
Robert S. Brady (No. 2847)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building, 1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600   Facsimile: (302) 571-1253

- AND -

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's Inc. (4388); Perkins & Marie Callender's Holding Inc. (3999); Perkins & Marie Callender's Realty LLC (N/A); Perkins Finance Corp. (0081); Wilshire Restaurant Group LLC (0938); PMCI Promotions LLC (7308); Marie Callender Pie Shops, Inc. (7414); Marie Callender Wholesalers, Inc. (1978); MACAL Investors, Inc. (4225); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); and FIV Corp. (3448). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, TN 38119.

TROUTMAN SANDERS LLP
  Mitchel H. Perkiel
  Brett D. Goodman
  The Chrysler Building, 405 Lexington Avenue
  New York, NY 10174
  Telephone: (212) 704-6000   Facsimile: (212) 704-6288

COUNSEL FOR PERKINS & MARIE CALLENDER'S INC., ET AL.,
Debtors and Debtors-in-Possession