Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                                                  ) CHAPTER 11
                                                                                        )
                                                                                        ) Case No. 11-10688 (BLS)
PJ Finance Company, LLC, et al.,                                                        ) (Jointly Administered)
                                                                                        )
         Debtors.                                                                       )
                                                                                        ) **NOTICE OF TRANSFER OF CLAIM**
                                                                                        ) **OTHER THAN FOR SECURITY AND**
                                                                                        ) **WAIVER OF NOTICE**
                                                                                        )
                                                                                        ) Bankruptcy Rule 3001(e)(1)

    PLEASE TAKE NOTICE that the scheduled claim of **M&J SPECIALTY WALL FINISHES & MAINTENANCE** ("Transferor") against the Debtor in the amount of **$4,445.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

    I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$4,445.00** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**M&J SPECIALTY WALL FINISHES & MAINTENANCE**
**6278 LAKE SHORE DRIVE   MARGATE FL 33063**

Print Name __JOSE LOPEZ__   Title __Contractor__

Signature __Jose Lopez__   Date __09/25/2011__

Updated Address if needed) __Same / 6278 Lake Shore Dr Margate FL 33063__

Phone __(954) 937-5190__   Fax __N/A__   E-Mail __LOPEZ33063@yahoo.com__

Federal Tax Identification / Social Security Number: __(954) 129643423__

TRANSFEREE:
**Debt Acquisition Company of America V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
                        Andrew Whatnall

Mail Ref# -889
3001535