**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 11-11795 (KG) |
| PERKINS & MARIE CALLENDER'S INC., et al., | : Jointly Administered |
| | : |
| Debtors. | : **Related to D.I.** _____ |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
AS TO DWIGHT PORTER PURSUANT TO 11 U.S.C. § 362**

This matter came before the Court upon the motion of Dwight Porter ("Porter") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362 (the "Motion"), as more fully set forth in the Motion; and after due deliberation and sufficient cause appearing therefore,

It is hereby ORDERED that:

1. The Motion is hereby GRANTED in its entirety.

2. The automatic stay is LIFTED so as to allow Porter to proceed against Perkins in litigation pending in the United States District Court in and for the Middle District of Florida (Ocala Division), the case being assigned No.: 5:11-cv-354-OC-10-DAB.

3. Nothing contained in this Order prejudices, precludes and/or disposes of the claims of Porter against the Debtors

4. This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY COURT JUDGE